**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| HOWARD M. RENSIN, TRUSTEE OF THE RENSIN JOINT TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CELLULAR CORPORATION, LAURENT C. THERIVEL, DOUGLAS W. CHAMBERS, and TELEPHONE AND DATA SYSTEMS, INC.,<br><br>Defendants. | No. 1:23-cv-02764<br><br>Honorable Mary M. Rowland |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Lead Plaintiff Howard M. Rensin, Trustee of the Rensin Joint Trust ("Plaintiff"), voluntarily dismisses all claims against LeRoy T. Carlson, Jr., Peter L. Sereda, and Vicki L. Villacrez in the above-captioned action (the "Action") without prejudice, and with each party agreeing to bear their own costs. Because this Notice of Voluntary Dismissal is being filed with the Court before Defendants Carlson, Sereda, or Villacrez have served either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action against these Defendants is effective upon the filing of this notice.

Dated: September 5, 2023

Respectfully submitted,

/s/ Nicholas R. Lange
**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
Morgan M. Embleton (*pro hac vice* forthcoming)
Nicholas R. Lange (IL Bar: 6318106)

1111 Summer Street, Suite 403
Stamford, Connecticut 06905
Tel: (203) 992-4523
Fax: (212) 363-7171
shopkins@zlk.com
gpotrepka@zlk.com
membleton@zlk.com
nlange@zlk.com

*Lead Counsel for Plaintiff Howard M. Rensin,
Trustee of The Rensin Joint Trust, and the Class*

**COHEN MILSTEIN SELLERS & TOLL, PLLC**
Carol V. Gilden (IL Bar: 6185530)
190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
Tel: (312) 629-3737
Fax: (312) 357-0369
cgilden@cohenmilstein.com

*Liaison Counsel for Plaintiff Howard M. Rensin,
Trustee of The Rensin Joint Trust, and the Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on September 5, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Nicholas R. Lange*
Nicholas R. Lange
