**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Howard M Rensin

                                        Plaintiff,

v.                                                           Case No.: 1:23–cv–02764
                                                             Honorable Mary M. Rowland

United States Cellular Corporation, et al.

                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 6, 2023:

         MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has filed Notice of Voluntary Dismissal [33]. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Lead Plaintiff Howard M. Rensin, Trustee of the Rensin Joint Trust, voluntarily dismisses all claims against defendants LeRoy T. Carlson, Jr., Peter L. Sereda, and Vicki L. Villacrez in the above–captioned action without prejudice, and with each party agreeing to bear their own costs. The Court's briefing schedule (Dkt. [30]) remains as to the other defendants in this case. Mailed notice (lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.