**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HOWARD M. RENSIN, TRUSTEE OF THE RENSIN JOINT TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CELLULAR CORPORATION, LAURENT C. THERIVEL, DOUGLAS W. CHAMBERS, and TELEPHONE AND DATA SYSTEMS, INC.,<br><br>Defendants. | No. 1:23-cv-02764<br><br>Honorable Mary M. Rowland |

**INDEX OF EXHIBITS TO DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

| Exhibit | Description | Date |
|---|---|---|
| A | UScellular 10-K for the fiscal year ending December 31, 2021 ("2021 10-K") (excerpts) | 2.17.2022 |
| B | TDS 10-Q for quarterly period ending June 30, 2023 ("23Q2 10-Q TDS") (excerpts) | 8.04.2023 |
| C | UScellular 10-Q for quarterly period ending June 30, 2023 ("23Q2 10-Q") (excerpts) | 8.04.2023 |
| D | Q4 2021 Earnings Call Transcript ("21Q4EC") | 2.18.2022 |
| E | UScellular 8-K dated February 17, 2022 ("2.17.22 8-K") | 2.17.2022 |
| F | Q2 2022 Earnings Presentation ("22Q2EC Pres.") | 8.05.2022 |
| G | UScellular 10-Q for quarterly period ending March 31, 2022 ("22Q1 10-Q") (excerpts) | 5.05.2022 |
| H | Q1 2022 Earnings Call Transcript ("22Q1EC") | 5.06.2022 |
| I | UScellular 10-K for fiscal period ending December 31, 2022 ("2022 10-K") (excerpts) | 2.16.2023 |
| J | UScellular 10-Q for quarterly period ending June 30, 2022 ("22Q2 10-Q") (excerpts) | 8.04.2022 |
| K | Q2 2022 Earnings Call Transcript ("22Q2EC") | 8.05.2022 |
| L | UScellular 8-K dated November 3, 2022 ("11.3.22 8-K") | 11.03.2022 |
| M | Q3 2022 Earnings Call Transcript ("22Q3EC") | 11.04.2022 |

| Exhibit | Description | Date |
|---|---|---|
| N | UScellular 8-K dated February 16, 2023 ("2.16.23 8-K") | 2.16.2023 |
| O | Q1 2023 Earnings Call Transcript ("23Q1EC") | 5.05.2023 |
| P | UScellular 8-K dated August 4, 2023 ("8.4.23 8-K") | 8.04.2023 |
| Q | Morningstar Equity Research Report: *Areas of Improvement Don't Outweigh U.S. Cellular's Inability to Add Customers* | 2.18.2022 |
| R | Wells Fargo Equity Research Report: (USM) *Getting Creative with Promotions to Spark Subscriber Growth amid Heightened competitive Environment; Q2'22 Mixed* | 8.10.2022 |