# EXHIBIT F

  

# Second Quarter 2022 Results

## August 5, 2022

# Safe Harbor Statement Under the Private Securities Litigation Reform Act of 1995

All information set forth in this presentation about Telephone and Data Systems, Inc., including its subsidiaries UScellular and TDS Telecom, except historical and factual information, represents forward-looking statements. This includes all statements about the company's plans, beliefs, estimates, and expectations. These statements are based on current estimates, projections, and assumptions, which involve certain risks and uncertainties that could cause actual results to differ materially from those in the forward-looking statements. Important factors that may affect these forward-looking statements include, but are not limited to: intense competition; the ability to obtain or maintain roaming arrangements with other carriers on acceptable terms; the ability to obtain access to adequate radio spectrum to meet current or anticipated future needs, including participation in FCC auctions; the ability to attract people of outstanding talent throughout all levels of the organization; TDS' smaller scale relative to larger competitors; changes in demand, consumer preferences and perceptions, price competition, or churn rates; advances in technology; impacts of costs, integration problems or other factors associated with acquisitions, divestitures or exchanges of properties or wireless spectrum licenses and/or expansion of TDS' businesses; the ability of the company to successfully construct and manage its networks; uncertainties in TDS' future cash flows and liquidity and access to the capital markets; the ability to make payments on TDS and UScellular indebtedness or comply with the terms of debt covenants; conditions in the U.S. telecommunications industry; the value of assets and investments; the state and federal regulatory environment; pending and future litigation; cyber-attacks or other breaches of network or information technology security; disruption in credit or other financial markets; deterioration of U.S. or global economic conditions; the impact, duration and severity of public health emergencies, such as the COVID-19 pandemic. Investors are encouraged to consider these and other risks and uncertainties that are more fully described under "Risk Factors" in the most recent filing of TDS' Form 10-K, as updated by any TDS Form 10-Q filed subsequent to such Form 10-K.



# Well positioned for long-term sustainable growth

 Continued demand for broadband

 Connectivity, whether fixed or mobile, is a necessity to remote education, health care and work

$ Maintaining a sound financial foundation for the enterprise so that each of our businesses can take advantage of growth opportunities to enhance their competitive positions and long-term returns





# Key strategic priorities





- Advance Our Mission
- Continued Focus on Growth
- Expand Return on Capital
- Leverage Infrastructure Programs
- Advance the Network
- Invest in our Team



# Multi-pronged growth strategies





- Postpaid market share stabilization
- Continued ARPU growth
- Prepaid market share expansion
- Tower revenue growth
- Fixed Wireless expansion
- Business and Government & IoT growth



# Postpaid connections







*In thousands



# Postpaid churn rate





# Prepaid connections



### Gross Additions*



### Net Additions*



*In thousands

# Total operating revenues



($ in millions)



| | Q2'21 | Q3'21 | Q4'21 | Q1'22 | Q2'22 |
|---|---|---|---|---|---|
| Total | $1,014 | $1,016 | $1,068 | $1,010 | $1,027 |
| Equipment sales | $240 | $228 | $286 | $223 | $244 |
| Other service | $62 | $61 | $65 | $64 | $65 |
| Roaming | $28 | $30 | $24 | $21 | $18 |
| Retail service | $684 | $697 | $693 | $702 | $700 |

Legend: ■ Retail service   ■ Roaming   ■ Other service   ■ Equipment sales

Note: Q3'21 retail service revenues includes $9 million of postpaid revenue related to an out-of-period error recorded in that quarter. 2021 amounts have been adjusted to reclassify Internet of Things (IoT) and Reseller revenues from Retail service to Other. The impact from the change was $2 million per quarter for Q2 through Q3'21 and $3 million for Q4'21.

# Postpaid ARPU & ARPA





Average Revenue Per User (ARPU)
5% Y/Y Growth



Average Revenue Per Account (ARPA)
4% Y/Y Growth

Note: Q3'21 retail service revenues excludes $9 million of postpaid revenue related to an out-of-period error recorded in that quarter.



# Tower revenues



- 4,323 owned towers (63% of total cell sites)

- 2,284 colocators



Tower rental revenue
13% Y/Y Growth

($ in millions)



# UScellular operating performance



| ($ in millions) | Q2'22 | Q2'21 | % Change |
|---|---|---|---|
| Service revenues | $ 783 | $ 774 | 1 % |
| Equipment sales | 244 | 240 | 2 % |
| Total operating revenues | 1,027 | 1,014 | 1 % |
| System operations expense | 192 | 204 | (6)% |
| Cost of equipment sold | 275 | 258 | 7 % |
| SG&A expenses | 339 | 334 | 2 % |
| Total cash expenses [1] | 806 | 796 | 1 % |
| Adjusted OIBDA [2] | 221 | 218 | 2 % |
| Equity in earnings of unconsolidated entities | 37 | 47 | (21)% |
| Interest and dividend income | 3 | 2 | 59 % |
| Adjusted EBITDA [2] | $ 261 | $ 267 | (2)% |
| Capital expenditures | $ 268 | $ 148 | 81 % |

**(1) (2) -See final slide for explanations**

13

# 2022 guidance *



*($ in millions)*
As of August 4, 2022

| | 2021 Actual | 2022 Previous Estimates | 2022 Current Estimates |
|---|---|---|---|
| Service revenues | $3,115 | $3,100-$3,200 | Unchanged |
| Adjusted OIBDA [2] | $869 | $750-$900 | Unchanged |
| Adjusted EBITDA [2] | $1,054 | $925-$1,075 | Unchanged |
| Capital expenditures | $780 | $700-$800 | Unchanged |

**2022 Estimated Capital Expenditures**



- 5G
- Sales/IS/Facilities
- Network Operations
- Capacity




(2) -See final slide for explanations
*There can be no assurance that final results will not differ materially from such estimated results.





# Our strategy is built on five pillars that will continue to transform our business



Expand footprint through fiber deployments in new markets and consider acquisitions

Increase top line through average revenue per connection growth, broadband penetration growth, and continued fiber expansion

Reduce legacy costs and leverage scale to drive innovation and automation

Listen to voice of customers to continue to rollout product and service enhancements



Attract and retain top talent; foster a strong culture of DE&I; educate and train workforce to prepare for future



# Investments are driving footprint expansion and improved broadband services



## Quarterly Highlights

- **Fiber Expansion**
  - Deployed 17,000 marketable fiber service addresses in the quarter
  - Expanded fiber to 34% of our footprint (includes fiber in cable markets)

- **Operational Growth**
  - Grew total service addresses 7% YoY
  - Increased 1Gig service availability to 63% of total service addresses
  - Broadband penetration for fully launched markets meeting or exceeding expectations

## Total Service Address Mix

| | Q2'21* | Q2'22 |
|---|---|---|
| | 1.3M | 1.4M |
| Fiber | 25% | 34% |
| Coaxial | 35% | 29% |
| Copper 25 to 100 Mbps | 16% | 16% |
| Copper <25 Mbps | 24% | 21% |

Service Addresses
7% (Y/Y growth)

- Copper <25 Mbps
- Copper 25 to 100 Mbps
- Coaxial
- Fiber

*Q2 '21 fiber addresses in cable markets are included in Coaxial

17



# Strategy continues to drive residential broadband growth



- Growth of 22,000 residential broadband connections
- 68% of customers are taking 100 Mbps or greater vs. 63% in prior year
- Residential broadband revenues grew 11%





18



# Broadband growth is offsetting legacy revenue declines







# TDS Telecom operating performance



| ($ in millions) | Q2'22 | Q2'21 | % Change |
|---|---|---|---|
| Total operating revenues | $ 256 | $ 252 | 2 % |
| Cash expenses [1] | 180 | 174 | 4 % |
| Adjusted EBITDA [2] | $ 76 | $ 78 | (2)% |
| Capital expenditures | $ 120 | $ 99 | 21 % |

(1) (2) -See final slide for explanations

# 2022 TDS Telecom guidance<sup>*</sup>



($ in millions)
As of August 4, 2022

| | 2021 Actual | 2022 Previous Estimates | 2022 Current Estimates |
|---|---|---|---|
| Total operating revenues | $1,006 | $1,010-$1,040 | Unchanged |
| Adjusted OIBDA [2] | $310 | $260-$290 | Unchanged |
| Adjusted EBITDA [2] | $310 | $260-$290 | Unchanged |
| Capital expenditures | $411 | $500-$550 | Unchanged |

**2022 Estimated Capital Expenditures**



- Fiber Expansion
- Fiber Incumbent
- Broadband Growth & Success
- A-CAM & State BB Grants
- Other



(2) -See final slide for explanations
*There can be no assurance that final results will not differ materially from such estimated results.



Appendix

# Adjusted OIBDA and Adjusted EBITDA Reconciliation

| ($ in millions) | Three Months Ended June 30, 2022 | | | Three Months Ended June 30, 2021 | | |
|---|---|---|---|---|---|---|
| | UScellular | TDS Telecom | TDS [3] | UScellular | TDS Telecom | TDS [3] |
| **Net income (GAAP)** | **$22** | **$19** | **$39** | **$35** | **$22** | **$34** |
| Add back: | | | | | | |
| Income tax expense | 18 | 7 | 27 | (10) | 7 | (11) |
| **Income before income taxes (GAAP)** | **$40** | **$25** | **$66** | **$25** | **$29** | **$23** |
| Add back: | | | | | | |
| Interest expense | 40 | (2) | 40 | 60 | (1) | 86 |
| Depreciation, amortization and accretion expense | 172 | 52 | 229 | 180 | 49 | 234 |
| EBITDA [2] (non-GAAP) | $252 | $75 | $335 | $265 | $77 | $343 |
| Add back or deduct: | | | | | | |
| Loss on impairment of licenses | 3 | — | 3 | — | — | — |
| (Gain) loss on asset disposals, net | 6 | 1 | 7 | 2 | 1 | 3 |
| (Gain) loss on sale of business and other exit costs, net | — | — | — | — | — | — |
| Adjusted EBITDA [2] (non-GAAP) | $261 | $76 | $345 | $267 | $78 | $346 |
| Add back or deduct: | | | | | | |
| Equity in earnings of unconsolidated entities | 37 | — | 38 | 47 | — | 48 |
| Interest and dividend income | 3 | — | 5 | 2 | — | 3 |
| Adjusted OIBDA [2] (non-GAAP) | $221 | $76 | $302 | $218 | $78 | $295 |

*Numbers may not foot due to rounding.*

*(2), (3) - See final slide for explanations*

23

# Adjusted OIBDA and Adjusted EBITDA Reconciliation – 2022 Estimated and 2021 Full Year

In providing 2022 estimated results, TDS has not completed the below reconciliation to net income because it does not provide guidance for income taxes. TDS believes that the impact of income taxes cannot be reasonably predicted; therefore, the company is unable to provide such guidance.

| ($ in millions) | 2022 Estimated Results | | Actual Results Year ended December 31, 2021 | |
| --- | --- | --- | --- | --- |
| | UScellular | TDS Telecom | UScellular | TDS Telecom |
| **Net income (GAAP)** | N/A | N/A | **$160** | **$90** |
| Add back: | | | | |
| Income tax expense | N/A | N/A | 20 | 24 |
| **Income before income taxes (GAAP)** | **$45-$195** | **$40-$70** | **$180** | **$114** |
| Add back: | | | | |
| Interest expense | 160 | — | 175 | (5) |
| Depreciation, amortization and accretion expense | 705 | 220 | 678 | 198 |
| EBITDA [2] (non-GAAP) | $910-$1,060 | $260-$290 | $1,033 | $308 |
| Add back or deduct: | | | | |
| (Gain) loss on asset disposals, net | 15 | — | 23 | 2 |
| (Gain) loss on sale of business and other exit costs, net | — | — | (2) | — |
| Adjusted EBITDA [2] (non-GAAP) | $925-$1,075 | $260-$290 | $1,054 | $310 |
| Deduct: | | | | |
| Equity in earnings of unconsolidated entities | 170 | — | 179 | — |
| Interest and dividend income | 5 | — | 6 | 1 |
| Other, net | — | — | — | (1) |
| Adjusted OIBDA [2] (non-GAAP) | $750-$900 | $260-$290 | $869 | $310 |

Numbers may not foot due to rounding.

(2) - See final slide for explanation

24

1) Total cash expenses represent total operating expenses as shown in the Consolidated Statement of Operations Highlights in the TDS and UScellular SEC Forms 8-K, less depreciation, amortization and accretion and gain/losses.

2) EBITDA, Adjusted EBITDA and Adjusted OIBDA are defined as net income adjusted for the items set forth in the reconciliations on slides 23 and 24. EBITDA, Adjusted EBITDA and Adjusted OIBDA are not measures of financial performance under Generally Accepted Accounting Principles in the United States (GAAP) and should not be considered as alternatives to Net income or Cash flows from operating activities, as indicators of cash flows or as measures of liquidity. TDS and UScellular do not intend to imply that any such items set forth in the reconciliations on slides 23 and 24 are non-recurring, infrequent or unusual; such items may occur in the future. Management uses Adjusted EBITDA and Adjusted OIBDA as measurements of profitability, and therefore reconciliations to Net income are deemed appropriate. Management believes Adjusted EBITDA and Adjusted OIBDA are useful measures of TDS' and UScellular's operating results before significant recurring non-cash charges, gains and losses, and other items as presented above as they provide additional relevant and useful information to investors and other users of TDS' and UScellular's financial data in evaluating the effectiveness of its operations and underlying business trends in a manner that is consistent with management's evaluation of business performance. Adjusted EBITDA shows adjusted earnings before interest, taxes, depreciation, amortization and accretion, and gains and losses, while Adjusted OIBDA reduces this measure further to exclude Equity in earnings of unconsolidated entities and Interest and dividend income in order to more effectively show the performance of operating activities excluding investment activities. The tables on slide 23 and 24 reconcile EBITDA, Adjusted EBITDA and Adjusted OIBDA flow to the corresponding GAAP measure, Net income or Income before income taxes. Additional information and reconciliations related to Non-GAAP financial measures for June 30, 2022, can be found on TDS' and UScellular's websites at investors.tdsinc.com and investors.uscellular.com.

3) The TDS column includes UScellular, TDS Telecom and also the impacts of consolidating eliminations, corporate operations and non-reportable segments.

25