# EXHIBIT I

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549
### FORM 10-K

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2022**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the transition period from                    to**

**Commission file number 001-09712**



## UNITED STATES CELLULAR CORPORATION
(Exact name of Registrant as specified in its charter)

| **Delaware** | **62-1147325** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (IRS Employer Identification No.) |

**8410 West Bryn Mawr, Chicago, Illinois 60631**
(Address of principal executive offices) (Zip code)

Registrant's telephone number, including area code: (773) 399-8900

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Trading Symbol** | **Name of each exchange on which registered** |
|---|---|---|
| Common Shares, $1 par value | USM | New York Stock Exchange |
| 6.25% Senior Notes Due 2069 | UZD | New York Stock Exchange |
| 5.50% Senior Notes Due 2070 | UZE | New York Stock Exchange |
| 5.50% Senior Notes Due 2070 | UZF | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None

| | Yes | | No | |
|---|---|---|---|---|
| Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. | Yes | ☐ | No | ☒ |

| | Yes | | No | |
|---|---|---|---|---|
| Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. | Yes | ☐ | No | ☒ |

| | Yes | | No | |
|---|---|---|---|---|
| Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. | Yes | ☒ | No | ☐ |

| | Yes | | No | |
|---|---|---|---|---|
| Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). | Yes | ☒ | No | ☐ |

Index to MD&A

# Terms Used by UScellular

The following is a list of definitions of certain industry terms that are used throughout this document:

- **4G LTE** – fourth generation Long-Term Evolution, which is a wireless technology that enables more network capacity for more data per user as well as faster access to data compared to third generation (3G) technology.
- **5G** – fifth generation wireless technology that helps address customers' growing demand for data services and creates opportunities for new services requiring high speed and reliability as well as low latency.
- **Account** – represents an individual or business financially responsible for one or multiple associated connections. An account may include a variety of types of connections such as handsets and connected devices.
- **Auctions 105, 107, 108 and 110** – Auction 105 was an FCC auction of 3.5 GHz wireless spectrum licenses that started in July 2020 and concluded in September 2020. Auction 107 was an FCC auction of 3.7-3.98 GHz wireless spectrum licenses that started in December 2020 and concluded in February 2021. Auction 110 was an FCC auction of 3.45-3.55 GHz wireless spectrum licenses that started in October 2021 and concluded in January 2022. Auction 108 is an FCC auction of 2.5 GHz wireless spectrum licenses that started in July 2022 and concluded in August 2022.
- **Churn Rate** – represents the percentage of the connections that disconnect service each month. These rates represent the average monthly churn rate for each respective period.
- **Connected Devices** – non-handset devices that connect directly to the UScellular network. Connected devices include products such as tablets, wearables, modems, and hotspots.
- **Coronavirus Aid, Relief, and Economic Security (CARES) Act** – economic relief package signed into law on March 27, 2020 to address the public health and economic impacts of COVID-19, including a variety of tax provisions.
- **EBITDA** – refers to earnings before interest, taxes, depreciation, amortization and accretion and is used in the non-GAAP metric Adjusted EBITDA throughout this document. See Supplemental Information Relating to Non-GAAP Financial Measures within this MD&A for additional information.
- **Eligible Telecommunications Carrier (ETC)** – designation by states for providing specified services in "high cost" areas which enables participation in universal service support mechanisms.
- **Free Cash Flow** – non-GAAP metric defined as Cash flows from operating activities less Cash paid for additions to property, plant and equipment and less Cash paid for software license agreements. See Supplemental Information Relating to Non-GAAP Financial Measures within this MD&A for additional information.
- **Gross Additions** – represents the total number of new connections added during the period, without regard to connections that were terminated during that period.
- **Net Additions (Losses)** – represents the total number of new connections added during the period, net of connections that were terminated during that period.
- **OIBDA** – refers to operating income before depreciation, amortization and accretion and is used in the non-GAAP metric Adjusted OIBDA throughout this document. See Supplemental Information Relating to Non-GAAP Financial Measures within this MD&A for additional information.
- **Postpaid Average Revenue per Account (Postpaid ARPA)** – metric which is calculated by dividing total postpaid service revenues by the average number of postpaid accounts and by the number of months in the period.
- **Postpaid Average Revenue per User (Postpaid ARPU)** – metric which is calculated by dividing total postpaid service revenues by the average number of postpaid connections and by the number of months in the period.
- **Retail Connections** – individual lines of service associated with each device activated by a postpaid or prepaid customer. Connections are associated with all types of devices that connect directly to the UScellular network.
- **Universal Service Fund (USF)** – a system of telecommunications collected fees and support payments managed by the FCC intended to promote universal access to telecommunications services in the United States.
- **VoLTE** – Voice over Long-Term Evolution is a technology specification that defines the standards and procedures for delivering voice communications and related services over 4G LTE networks.

Index to MD&A

# Financial Overview

| Year Ended December 31, | | 2022 | | 2021 | 2022 vs. 2021 |
|---|---|---|---|---|---|
| (Dollars in millions) | | | | | |
| Retail service[1] | $ | 2,793 | $ | 2,757 | 1 % |
| Inbound roaming | | 67 | | 110 | (39)% |
| Other[1] | | 265 | | 248 | 7 % |
| Service revenues | | 3,125 | | 3,115 | — |
| Equipment sales | | 1,044 | | 1,007 | 4 % |
| Total operating revenues | | 4,169 | | 4,122 | 1 % |
| | | | | | |
| System operations (excluding Depreciation, amortization and accretion reported below) | | 755 | | 790 | (4)% |
| Cost of equipment sold | | 1,216 | | 1,118 | 9 % |
| Selling, general and administrative | | 1,408 | | 1,345 | 5 % |
| Depreciation, amortization and accretion | | 700 | | 678 | 3 % |
| Loss on impairment of licenses | | 3 | | — | N/M |
| (Gain) loss on asset disposals, net | | 19 | | 23 | (18)% |
| (Gain) loss on sale of business and other exit costs, net | | (1) | | (2) | 52 % |
| Total operating expenses | | 4,100 | | 3,952 | 4 % |
| | | | | | |
| **Operating income** | $ | 69 | $ | 170 | (59)% |
| | | | | | |
| Net income | $ | 35 | $ | 160 | (78)% |
| Adjusted OIBDA (Non-GAAP)[2] | $ | 790 | $ | 869 | (9)% |
| Adjusted EBITDA (Non-GAAP)[2] | $ | 956 | $ | 1,054 | (9)% |
| Capital expenditures[3] | $ | 717 | $ | 780 | (8)% |

N/M - Percentage change not meaningful

[1]  For 2021, amounts have been adjusted to reclassify $8 million of Internet of Things (IoT) and Reseller revenues from Retail service to Other service.

[2]  Refer to Supplemental Information Relating to Non-GAAP Financial Measures within this MD&A for a reconciliation of this measure.

[3]  Refer to Liquidity and Capital Resources within this MD&A for additional information on Capital expenditures.