# EXHIBIT J

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549
## FORM 10-Q

**(Mark One)**

☒     **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2022**
**OR**

☐     **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from**      **to**

**Commission file number 001-09712**

### ✴ uscellular™

## UNITED STATES CELLULAR CORPORATION
(Exact name of Registrant as specified in its charter)

| **Delaware** | **62-1147325** |
| --- | --- |
| (State or other jurisdiction of incorporation or organization) | (IRS Employer Identification No.) |

**8410 West Bryn Mawr, Chicago, Illinois 60631**
(Address of principal executive offices) (Zip code)

Registrant's telephone number, including area code: (773) 399-8900

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Trading Symbol** | **Name of each exchange on which registered** |
| --- | --- | --- |
| Common Shares, $1 par value | USM | New York Stock Exchange |
| 6.25% Senior Notes due 2069 | UZD | New York Stock Exchange |
| 5.50% Senior Notes due 2070 | UZE | New York Stock Exchange |
| 5.50% Senior Notes due 2070 | UZF | New York Stock Exchange |

| | | | |
| --- | --- | --- | --- |
| Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. | Yes ☒ | No ☐ |
| Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). | Yes ☒ | No ☐ |

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
| --- | --- | --- | --- |
| Large accelerated filer | ☐ | Accelerated filer | ☒ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

| | |
| --- | --- |
| If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. | ☐ |
| Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). | Yes ☐   No ☒ |

The number of shares outstanding of each of the issuer's classes of common stock, as of June 30, 2022, is 52,558,700 Common Shares, $1 par value, and 33,005,900 Series A Common Shares, $1 par value.

# Operational Overview

**Retail Connections Composition**
**As of June 30, 2022**



10%

90%

■ Postpaid   ■ Prepaid

| As of June 30, | 2022 | 2021 |
|---|---|---|
| **Retail Connections – End of Period** | | |
| Postpaid | **4,296,000** | 4,399,000 |
| Prepaid | **490,000** | 507,000 |
| Total | **4,786,000** | 4,906,000 |

| | Q2 2022 | Q2 2021 | Q2 2022 vs. Q2 2021 | YTD 2022 | YTD 2021 | YTD 2022 vs. YTD 2021 |
|---|---|---|---|---|---|---|
| **Postpaid Activity and Churn** | | | | | | |
| Gross Additions | | | | | | |
| Handsets | **94,000** | 101,000 | (7)% | **185,000** | 204,000 | (9)% |
| Connected Devices | **34,000** | 40,000 | (15)% | **69,000** | 79,000 | (13)% |
| Total Gross Additions | **128,000** | 141,000 | (9)% | **254,000** | 283,000 | (10)% |
| Net Additions (Losses) | | | | | | |
| Handsets | **(31,000)** | (1,000) | N/M | **(67,000)** | (4,000) | N/M |
| Connected Devices | **(9,000)** | (5,000) | (80)% | **(17,000)** | (8,000) | N/M |
| Total Net Additions (Losses) | **(40,000)** | (6,000) | N/M | **(84,000)** | (12,000) | N/M |
| Churn | | | | | | |
| Handsets | **1.10 %** | 0.88 % | | **1.10 %** | 0.90 % | |
| Connected Devices | **2.73 %** | 2.69 % | | **2.72 %** | 2.61 % | |
| Total Churn | **1.30 %** | 1.11 % | | **1.30 %** | 1.12 % | |

N/M - Percentage change not meaningful

Total postpaid handset net losses increased for the three and six months ended June 30, 2022, when compared to the same period last year due to lower gross additions and higher defections resulting from aggressive industry-wide competition and an increase in non-pay defections.

Total postpaid connected device net losses increased for the three and six months ended June 30, 2022, when compared to the same period last year due primarily to lower demand for connected watches and lower tablet additions.

Macroeconomic factors have caused some supply chain disruption and delays, including constraints on certain devices. These supply constraints are due primarily to component availability, resulting in extended lead times and additional uncertainty, which may negatively impact UScellular in future periods.

**Postpaid Revenue**

| | Three Months Ended June 30, | | | Six Months Ended June 30, | | |
|---|---|---|---|---|---|---|
| | **2022** | 2021 | 2022 vs. 2021 | **2022** | 2021 | 2022 vs. 2021 |
| Average Revenue Per User (ARPU) | $ **50.07** | $ 47.74 | 5 % | $ **49.88** | $ 47.70 | 5 % |
| Average Revenue Per Account (ARPA) | $ **130.43** | $ 125.25 | 4 % | $ **130.17** | $ 125.25 | 4 % |

Postpaid ARPU and Postpaid ARPA increased for the three and six months ended June 30, 2022, when compared to the same period last year, due to (i) favorable plan and product offering mix, (ii) an increase in cost recovery surcharges and (iii) an increase in device protection plan revenues. These increases were partially offset by an increase in promotional discounts.