Case: 1:23-cv-02764 Document #: 36-18 Filed: 10/16/23 Page 1 of 14 PageID #:542

# EXHIBIT Q

Morningstar Equity Research



# United States Cellular Corp USM (NYSE) | ★★★

| **Last Price** | **Fair Value** | **Uncertainty** | **Economic Moat™** | **Moat Trend™** | **Capital Allocation** | **Industry Group** | **ESG Risk Rating Assessment¹** |
|---|---|---|---|---|---|---|---|
| 28.43 USD | 31.00 USD | Very High | None | Negative | Poor | Telecommunication Services | ●●●○○○ |

## Areas of Improvement Don't Outweigh U.S. Cellular's Inability to Add Customers

Matthew Dolgin, CFA
Equity Analyst
Morningstar

### Important Disclosure

The conduct of Morningstar's analysts is governed by Code of Ethics/Code of Conduct Policy, Personal Security Trading Policy (or an equivalent of), and Investment Research Policy. For information regarding conflicts of interest, visit http://global.morningstar.com/equitydisclosures

The primary analyst covering this company does not own its stock.

Research as of 18 Feb 2022
Estimates as of 18 Feb 2022
Pricing data as of 18 Feb 2022 15:10
Rating updated as of 18 Feb 2022 16:44

¹The ESG Risk Rating Assessment is a representation of Sustainalytics' ESG Risk Rating.
Rating as of 02 Feb 2022 00:00

Currency amounts expressed with "$" are in U.S. dollars (USD) unless otherwise denoted.

### Contents

Analyst Note                              **1**
  Morningstar Analyst Forecasts           **3**
Methodology for Valuing Companies

**Analyst Note**          18 Feb 2022

We see reasons for optimism about U.S. Cellular's future, but in the near term, continual customer losses are holding it back. Even longer term, potential sources of sales growth coming from a renewed focus on tower leasing and a rollout of fixed wireless service in the coming years will be secondary to how successful the firm is in building its postpaid smartphone customer base. With customer additions in 2021 disappointing, and the firm's guidance making us doubt that 2022 will be much better, we're reducing our fair value estimate from $33 to $31.

Fourth-quarter services revenue was up 1% year over year, with gains in postpaid average revenue per user, or ARPU, offsetting a smaller customer base than in the year-ago period. The firm shed postpaid customers each quarter in 2021, including another 12,000 during the fourth quarter. On the positive side, the losses stem from feature phones and other connected devices rather than smartphones, which are of higher value and help explain the ARPU gains. However, with only 19,000 net smartphone customer additions for all of 2021, the firm's penetration rate within its markets is continuing to shrink. Despite the investments the firm is making in spectrum, we think it will have difficulty getting back to the penetration rate it had as recently as 2020, which will keep a lid on phone subscriber growth. We believe the competition U.S. Cellular faces from major national carriers is too difficult, even if it can offer a similarly good service.

The firm's guidance calls for both revenue and EBITDA to be flat in 2022, with continuing losses of roaming revenue offsetting gains in retail service. We expect the headwind from roaming should be largely diminished after 2022 and allow for consistent service revenue growth.

While we expect roaming revenue to continue deteriorating

### Vital Statistics

| | |
|---|---|
| Market Cap (USD Mil) | 2,675 |
| 52-Week High (USD) | 39.96 |
| 52-Week Low (USD) | 28.53 |
| 52-Week Total Return % | -6.9 |
| YTD Total Return % | -1.6 |
| Last Fiscal Year End | 31 Dec 2021 |
| 5-Yr Forward Revenue CAGR % | 2.3 |
| 5-Yr Forward EPS CAGR % | 11.1 |
| Price/Fair Value | 0.92 |

### Valuation Summary and Forecasts

| Fiscal Year: | 2020 | 2021 | *2022(E)* | *2023(E)* |
|---|---|---|---|---|
| Price/Earnings | 10.8 | 15.8 | *14.5* | *11.7* |
| EV/EBITDA | 4.8 | 4.6 | *5.8* | *5.4* |
| EV/EBIT | 26.5 | 25.1 | *30.0* | *24.9* |
| Free Cash Flow Yield % | 8.0 | 3.0 | *5.7* | *6.7* |
| Dividend Yield % | — | — | — | — |

### Financial Summary and Forecasts (USD Mil)

| Fiscal Year: | 2020 | 2021 | *2022(E)* | *2023(E)* |
|---|---|---|---|---|
| Revenue | 4,037 | 4,122 | *4,140* | *4,264* |
| Revenue YoY % | 0.4 | 2.1 | *0.5* | *3.0* |
| EBIT | 193 | 191 | *202* | *244* |
| EBIT YoY % | 49.8 | -1.0 | *5.6* | *20.7* |
| Net Income, Adjusted | 248 | 174 | *187* | *230* |
| Net Income YoY % | 78.0 | -29.8 | *7.4* | *23.2* |
| Diluted EPS | 2.84 | 1.99 | *2.14* | *2.65* |
| Diluted EPS YoY % | 79.1 | -29.9 | *7.4* | *23.9* |
| Free Cash Flow | -32 | -1,278 | *-54* | *8* |
| Free Cash Flow YoY % | -87.7 | NM | *-95.8* | *-114.2* |

Historical/forecast data sources are Morningstar Estimates and may reflect adjustments.

### Profile

U.S. Cellular is a regional wireless carrier that serves about 5 million customers spread across four major geographic clusters: the Midwest, mid-Atlantic, New England, and the Pacific Northwest. These service territories encompass a total population of about 32 million people. The vast majority of the markets the firm serves are rural or second/third-tier cities, with only the greater Milwaukee and Oklahoma City regions boasting populations greater than 1 million. U.S. Cellular also owns a 5.5% stake in Verizon Wireless' Los Angeles operations and, unlike its wireless carrier peers, owns most of its own towers.

© Morningstar 2022. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.

Morningstar Equity Research



# United States Cellular Corp USM (NYSE) | ★★★

| Last Price | Fair Value | Uncertainty | Economic Moat™ | Moat Trend™ | Capital Allocation | Industry Group | ESG Risk Rating Assessment[1] |
|---|---|---|---|---|---|---|---|
| 28.43 USD | 31.00 USD | Very High | None | Negative | Poor | Telecommunication Services | |

at a significant rate, the pace of decline should diminish as T-Mobile completes the Sprint network shutdown this year, eliminating the roaming revenue customers on the Sprint network provide to U.S. Cellular. We project roaming will account for only 3% of service revenue in 2022, down from 6% in 2019.

The loss of roaming revenue, which has little associated cost, as well as a highly promotional environment, has also weighed on overall margins. While the fourth-quarter adjusted EBITDA margin was virtually flat from the same period last year, the full-year margin declined by 80 basis points, to below 26%. We expect the margin to be flat in 2022, as the same margin headwinds persist. We expect margin expansion beginning in 2023 as the roaming issue abates, the firm generates more revenue from alternative sources like towers, and cost-reduction initiatives take hold.

© Morningstar 2022. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.

Morningstar Equity Research



# United States Cellular Corp USM (NYSE) | ★★★

| Last Price | Fair Value | Uncertainty | Economic Moat™ | Moat Trend™ | Capital Allocation | Industry Group | ESG Risk Rating Assessment¹ |
|---|---|---|---|---|---|---|---|
| 28.43 USD | 31.00 USD | Very High | None | Negative | Poor | Telecommunication Services | ⬤⬤◯◯◯◯ |

## Morningstar Analyst Forecasts

### Financial Summary and Forecasts

Fiscal Year Ends in December

|  |  |  |  |  | Forecast | |  |
|---|---|---|---|---|---|---|---|
| Growth (% YoY) | 3-Year Hist. CAGR | 2019 | 2020 | 2021 | 2022 | 2023 | 5-Year Proj. CAGR |
| Revenue | 1.3 | 1.4 | 0.4 | 2.1 | 0.5 | 3.0 | 2.3 |
| EBIT | 8.4 | -14.1 | 49.8 | -1.0 | 5.6 | 20.7 | 12.3 |
| EBITDA | 3.0 | 5.3 | 4.9 | -0.9 | 0.0 | 6.9 | 3.9 |
| Net Income | 6.7 | -2.8 | 78.0 | -29.8 | 7.4 | 23.2 | 11.0 |
| Diluted EPS | 6.4 | -4.1 | 79.1 | -29.9 | 7.4 | 23.9 | 11.1 |
| Earnings Before Interest, after Tax | 16.5 | 4.5 | 100.3 | -24.6 | -10.8 | 10.8 | 4.5 |
| Free Cash Flow | -321.9 | -320.3 | -87.7 | NM | -95.8 | -114.2 | — |

| Profitability | 3-Year Hist. Avg | 2019 | 2020 | 2021 | 2022 | 2023 | 5-Year Proj. Avg |
|---|---|---|---|---|---|---|---|
| Operating Margin % | 4.2 | 3.2 | 4.8 | 4.6 | 4.9 | 5.7 | 6.3 |
| EBITDA Margin % | 25.7 | 25.2 | 26.4 | 25.6 | 25.5 | 26.4 | 26.7 |
| Net Margin % | 4.6 | 3.5 | 6.2 | 4.2 | 4.5 | 5.4 | 5.6 |
| Free Cash Flow Margin % | -12.7 | -6.4 | -0.8 | -31.0 | -1.3 | 0.2 | 0.3 |
| ROIC % | 5.6 | 4.4 | 7.4 | 5.0 | 4.9 | 5.3 | 5.5 |
| Adjusted ROIC % | 5.6 | 4.4 | 7.4 | 5.0 | 4.9 | 5.5 | 5.7 |
| Return on Assets % | 1.9 | 1.6 | 2.6 | 1.6 | 1.7 | 2.2 | 2.2 |
| Return on Equity % | 4.0 | 3.1 | 5.3 | 3.5 | 3.7 | 4.8 | 4.8 |

| Leverage | 3-Year Hist. Avg | 2019 | 2020 | 2021 | 2022 | 2023 | 5-Year Proj. Avg |
|---|---|---|---|---|---|---|---|
| Debt/Capital | 0.33 | 0.26 | 0.36 | 0.38 | 0.36 | 0.35 | 0.35 |
| Total Debt/EBITDA | 2.14 | 1.49 | 2.34 | 2.59 | 2.50 | 2.40 | 2.42 |
| EBITDA/Interest Expense | 8.24 | 9.22 | 9.45 | 6.04 | 7.86 | 8.44 | 8.36 |

### Valuation Summary and Forecasts

|  | 2020 | 2021 | 2022(E) | 2023(E) |
|---|---|---|---|---|
| Price/Fair Value | — | 0.96 | — | — |
| Price/Earnings | 10.8 | 15.8 | 14.5 | 11.7 |
| EV/EBITDA | 4.8 | 4.6 | 5.8 | 5.4 |
| EV/EBIT | 26.5 | 25.1 | 30.0 | 24.9 |
| Free Cash Flow Yield % | 8.0 | 3.0 | 5.7 | 6.7 |
| Dividend Yield % | — | — | — | — |

### Key Valuation Drivers

| | |
|---|---|
| Cost of Equity % | 9.0 |
| Pre-Tax Cost of Debt % | 6.5 |
| Weighted Average Cost of Capital % | 7.1 |
| Long-Run Tax Rate % | 22.0 |
| Stage II EBI Growth Rate % | 3.0 |
| Stage II Investment Rate % | 30.0 |
| Perpetuity Year | 10 |

Additional estimates and scenarios available for download at http://select.morningstar.com.

### Discounted Cash Flow Valuation

|  | USD Mil | Firm Value (%) | Per Share Value |
|---|---|---|---|
| Present Value Stage I | 38 | 1.0 | 0.44 |
| Present Value Stage II | 812 | 20.5 | 9.34 |
| Present Value Stage III | 3,116 | 78.6 | 35.81 |
| **Total Firm Value** | **3,967** | **100.0** | **45.59** |
| Cash and Equivalents | 156 | — | 1.79 |
| Debt | -2,731 | — | -31.39 |
| Preferred Stock | — | — | — |
| Other Adjustments | 1,250 | — | 14.37 |
| **Equity Value** | **2,642** | — | **30.36** |
| Projected Diluted Shares | 87 | | |
| **Fair Value per Share** (USD) | **31.00** | | |

The data in the table above represent base-case forecasts in the company's reporting currency as of the beginning of the current year. Our fair value estimate may differ from the equity value per share shown above due to our time value of money adjustment and in cases where probability-weighted scenario analysis is performed.

© Morningstar 2022. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.

Morningstar Equity Research



# United States Cellular Corp USM (NYSE) | ★★★

| Last Price | Fair Value | Uncertainty | Economic Moat™ | Moat Trend™ | Capital Allocation | Industry Group | ESG Risk Rating Assessment¹ |
|---|---|---|---|---|---|---|---|
| 28.43 USD | 31.00 USD | Very High | None | Negative | Poor | Telecommunication Services | ●●●○○○ |

## Morningstar Analyst Forecasts

**Income Statement** (USD Mil)

Fiscal Year Ends in December

|  | | | | *Forecast* | |
|---|---|---|---|---|---|
|  | 2019 | 2020 | 2021 | *2022* | *2023* |
| **Revenue** | **4,022** | **4,037** | **4,122** | ***4,140*** | ***4,264*** |
| Cost of Goods Sold | 1,785 | 1,793 | 1,908 | *1,912* | *1,947* |
| **Gross Profit** | **2,237** | **2,244** | **2,213** | ***2,228*** | ***2,317*** |
| Selling, General & Administrative Expenses | 1,405 | 1,367 | 1,344 | *1,347* | *1,376* |
| Other Operating Expense (Income) | — | — | — | — | — |
| Other Operating Expense (Income) | — | — | — | — | — |
| Depreciation & Amortization (if reported separately) | 703 | 683 | 678 | *680* | *697* |
| **Operating Income (ex charges)** | **129** | **193** | **191** | ***202*** | ***244*** |
| Restructuring & Other Cash Charges | 1 | 0 | 0 | — | — |
| Impairment Charges (if reported separately) | — | — | — | — | — |
| Other Non-Cash (Income)/Charges | 17 | 21 | 21 | *20* | — |
| **Operating Income (incl charges)** | **111** | **173** | **170** | ***182*** | ***244*** |
| Interest Expense | 110 | 113 | 175 | *134* | *133* |
| Interest Income | 183 | 189 | 185 | *172* | *185* |
| **Pre-Tax Income** | **185** | **250** | **180** | ***220*** | ***296*** |
| Income Tax Expense | 52 | 16 | 21 | *48* | *65* |
| Other After-Tax Cash Gains (Losses) | — | — | — | — | — |
| Other After-Tax Non-Cash Gains (Losses) | — | — | — | — | — |
| (Minority Interest) | -6 | -4 | -5 | — | — |
| (Preferred Dividends) | — | — | — | — | — |
| **Net Income** | **127** | **229** | **155** | ***172*** | ***230*** |
| Weighted Average Diluted Shares Outstanding | 88 | 87 | 87 | *88* | *87* |
| **Diluted Earnings Per Share** | **1.44** | **2.62** | **1.77** | ***1.96*** | ***2.65*** |
| Adjusted Net Income | 140 | 248 | 174 | *187* | *230* |
| **Diluted Earnings Per Share (Adjusted)** | **1.59** | **2.84** | **1.99** | ***2.14*** | ***2.65*** |
| Dividends Per Common Share | — | — | — | — | — |
| **EBITDA** | **813** | **856** | **848** | ***862*** | ***941*** |
| **Adjusted EBITDA** | **1,014** | **1,064** | **1,054** | ***1,054*** | ***1,126*** |

© Morningstar 2022. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.

Morningstar Equity Research



# United States Cellular Corp USM (NYSE) | ★★★

| Last Price | Fair Value | Uncertainty | Economic Moat™ | Moat Trend™ | Capital Allocation | Industry Group | ESG Risk Rating Assessment[1] |
|---|---|---|---|---|---|---|---|
| 28.43 USD | 31.00 USD | Very High | None | Negative | Poor | Telecommunication Services | ⬤⬤◯◯◯◯ |

## Morningstar Analyst Forecasts

### Balance Sheet (USD Mil)

Fiscal Year Ends in December

| | 2019 | 2020 | 2021 | Forecast 2022 | 2023 |
|---|---|---|---|---|---|
| Cash and Equivalents | 285 | 1,271 | 156 | 35 | 150 |
| Investments | — | 3 | — | — | — |
| Accounts Receivable | 1,010 | 998 | 1,046 | 1,038 | 1,068 |
| Inventory | 162 | 146 | 173 | 167 | 169 |
| Deferred Tax Assets (Current) | — | — | — | — | — |
| Other Short Term Assets | 116 | 205 | 230 | 231 | 238 |
| **Current Assets** | **1,573** | **2,623** | **1,605** | **1,471** | **1,625** |
| | | | | | |
| Net Property Plant, and Equipment | 2,207 | 2,466 | 2,606 | 2,767 | 2,931 |
| Goodwill | — | — | — | 150 | 250 |
| Other Intangibles | 2,471 | 2,629 | 4,088 | 3,988 | 3,888 |
| Deferred Tax Assets (Long-Term) | — | — | — | — | — |
| Other Long-Term Operating Assets | 1,466 | 1,528 | 1,603 | 1,610 | 1,658 |
| Long-Term Non-Operating Assets | 447 | 435 | 439 | 439 | 439 |
| **Total Assets** | **8,164** | **9,681** | **10,341** | **10,425** | **10,791** |
| | | | | | |
| Accounts Payable | 313 | 304 | 360 | 340 | 348 |
| Short-Term Debt | 8 | 2 | 3 | 3 | 3 |
| Deferred Tax Liabilities (Current) | — | — | — | — | — |
| Other Short-Term Liabilities | 429 | 565 | 540 | 542 | 559 |
| **Current Liabilities** | **750** | **871** | **903** | **885** | **909** |
| | | | | | |
| Long-Term Debt | 1,502 | 2,489 | 2,728 | 2,631 | 2,699 |
| Deferred Tax Liabilities (Long-Term) | 507 | 633 | 674 | 674 | 674 |
| Other Long-Term Operating Liabilities | 1,184 | 1,251 | 1,462 | 1,469 | 1,512 |
| Long-Term Non-Operating Liabilities | — | — | — | 20 | 20 |
| **Total Liabilities** | **3,943** | **5,244** | **5,767** | **5,679** | **5,815** |
| | | | | | |
| Preferred Stock | — | — | — | — | — |
| Common Stock | 88 | 88 | 88 | 88 | 88 |
| Additional Paid-in Capital | 1,590 | 1,651 | 1,678 | 1,678 | 1,678 |
| Retained Earnings (Deficit) | 2,584 | 2,739 | 2,849 | 3,021 | 3,251 |
| (Treasury Stock) | -65 | -67 | -68 | -68 | -68 |
| Other Equity | — | — | — | — | — |
| **Shareholder's Equity** | **4,197** | **4,411** | **4,547** | **4,719** | **4,949** |
| | | | | | |
| Minority Interest | 24 | 25 | 27 | 27 | 27 |
| **Total Equity** | **4,221** | **4,436** | **4,574** | **4,746** | **4,976** |

© Morningstar 2022. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.

Morningstar Equity Research



# United States Cellular Corp USM (NYSE) | ★★★

| Last Price | Fair Value | Uncertainty | Economic Moat™ | Moat Trend™ | Capital Allocation | Industry Group | ESG Risk Rating Assessment[1] |
|---|---|---|---|---|---|---|---|
| 28.43 USD | 31.00 USD | Very High | None | Negative | Poor | Telecommunication Services | ⊕⊕⊕○○○ |

## Morningstar Analyst Forecasts

**Cash Flow** (USD Mil)

Fiscal Year Ends in December

| | 2019 | 2020 | 2021 | Forecast 2022 | Forecast 2023 |
|---|---|---|---|---|---|
| Net Income | 133 | 233 | 160 | 172 | 230 |
| Depreciation | 702 | 683 | 678 | 580 | 597 |
| Amortization | — | — | — | 100 | 100 |
| Stock-Based Compensation | 41 | 32 | 27 | 27 | 28 |
| Impairment of Goodwill | — | — | — | — | — |
| Impairment of Other Intangibles | — | — | — | — | — |
| Deferred Taxes | -4 | 130 | 41 | — | — |
| Other Non-Cash Adjustments | 124 | 102 | 107 | 20 | — |
| (Increase) Decrease in Accounts Receivable | -143 | -62 | -143 | 8 | -30 |
| (Increase) Decrease in Inventory | -20 | 16 | -27 | 6 | -1 |
| Change in Other Short-Term Assets | — | — | — | -1 | -7 |
| Increase (Decrease) in Accounts Payable | -69 | 145 | -57 | -20 | 8 |
| Change in Other Short-Term Liabilities | -40 | -42 | 16 | 2 | 16 |
| **Cash From Operations** | **724** | **1,237** | **802** | **893** | **941** |
| (Capital Expenditures) | -650 | -989 | -724 | -740 | -761 |
| Net (Acquisitions), Asset Sales, and Disposals | -230 | -175 | -1,319 | -150 | -100 |
| Net Sales (Purchases) of Investments | 18 | -2 | 3 | — | — |
| Other Investing Cash Flows | -2 | 3 | 4 | -1 | -4 |
| **Cash From Investing** | **-864** | **-1,163** | **-2,036** | **-891** | **-865** |
| Common Stock Issuance (or Repurchase) | -30 | -34 | -47 | — | — |
| Common Stock (Dividends) | — | — | — | — | — |
| Short-Term Debt Issuance (or Retirement) | — | — | — | — | — |
| Long-Term Debt Issuance (or Retirement) | -117 | 979 | 202 | -97 | 68 |
| Other Financing Cash Flows | -5 | -19 | -13 | -27 | -28 |
| **Cash From Financing** | **-152** | **926** | **142** | **-124** | **40** |
| Exchange Rates, Discontinued Ops, etc. (net) | — | — | — | — | — |
| **Net Change in Cash** | **-292** | **1,000** | **-1,092** | **-121** | **116** |

© Morningstar 2022. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869. Please see important disclosures at the end of this report.

# Research Methodology for Valuing Companies

**Qualitative Equity Research Overview**

At the heart of our valuation system is a detailed projection of a company's future cash flows, resulting from our analysts' research. Analysts create custom industry and company assumptions to feed income statement, balance sheet, and capital investment assumptions into our globally standardized, proprietary discounted cash flow, or DCF, modeling templates. We use scenario analysis, in-depth competitive advantage analysis, and a variety of other analytical tools to augment this process. We believe this bottom-up, long-term, fundamentally based approach allows our analysts to focus on long-term business drivers, which have the greatest valuation impact, rather than short-term market noise.

Morningstar's equity research group ("we," "our") believes that a company's intrinsic worth results from the future cash flows it can generate. The Morningstar Rating for stocks identifies stocks trading at an uncertainty-adjusted discount or premium to their intrinsic worth—or fair value estimate, in Morningstar terminology. Five-star stocks sell for the biggest risk-adjusted discount to their fair values whereas 1-star stocks trade at premiums to their intrinsic worth.

Four key components drive the Morningstar rating: (1) our assessment of the firm's economic moat, (2) our estimate of the stock's fair value, (3) our uncertainty around that fair value estimate and (4) the current market price. This process ultimately culminates in our single-point star rating.

**1. Economic Moat**

The concept of an economic moat plays a vital role not only in our qualitative assessment of a firm's long-term investment potential, but also in the actual calculation of our fair value estimates. An economic moat is a structural feature that allows a firm to sustain excess profits over a long period of time. We define economic profits as returns on invested capital (or ROIC) over and above our estimate of a firm's cost of capital, or weighted average cost of capital (or WACC). Without a moat, profits are more susceptible to competition. We have identified five sources of economic moats: intangible assets, switching costs, network effect, cost advantage, and efficient scale.

Companies with a narrow moat are those we believe are more likely than not to achieve normalized excess returns for at least the next 10 years. Wide-moat companies are those in which we have very high confidence that excess returns will remain for 10 years, with excess returns more likely than not to remain for at least 20 years. The longer a firm generates economic profits, the higher its intrinsic value. We believe low-quality, no-moat companies will see their normalized returns gravitate toward the firm's cost of capital more quickly than companies with moats.

When considering a company's moat, we also assess whether there is a substantial threat of value destruction, stemming from risks related to ESG, industry disruption, financial health, or other idiosyncratic issues. In this context, a risk is considered potentially value destructive if its occurrence would eliminate a firm's economic profit on a cumulative or midcycle basis. If we deem the probability of occurrence sufficiently high, we would not characterize the company as possessing an economic moat.

To assess the sustainability of excess profits, analysts perform ongoing assessments of the moat trend. A firm's moat trend is positive in cases where we think its sources of competitive advantage are growing stronger; stable where we don't anticipate changes to competitive advantages over the next several years; or negative when we see signs of deterioration.

**2. Estimated Fair Value**

Combining our analysts' financial forecasts with the firm's economic moat helps us assess how long returns on invested capital are likely to exceed the firm's cost of capital. Returns of firms with a wide economic moat rating are assumed to fade to the perpetuity period over a longer period of time than the returns of narrow-moat firms, and both will fade slower than no-moat firms, increasing our estimate of their intrinsic value. Our model is divided into three distinct stages:

**Stage I: Explicit Forecast**

In this stage, which can last five to 10 years, analysts make full financial statement forecasts, including items such as revenue, profit margins, tax rates, changes in working-capital accounts, and capital spending. Based on these projections, we calculate earnings before interest, after taxes, or EBI, and the net new investment, or NNI, to derive our annual free cash flow forecast.

**Stage II: Fade**

The second stage of our model is the period it will take the company's return on new invested capital—the return on capital of the next dollar invested ("RONIC")—

to decline (or rise) to its cost of capital. During the Stage II period, we use a formula to approximate cash flows in lieu of explicitly modeling the income statement, balance sheet, and cash flow statement as we do in Stage I. The length of the second stage depends on the strength of the company's economic moat. We forecast this period to last anywhere from one year (for companies with no economic moat) to 10–15 years or more (for wide-moat companies). During this period, cash flows are forecast using four assumptions: an average growth rate for EBI over the period, a normalized investment rate, average return on new invested capital, or RONIC, and the number of years until perpetuity, when excess returns cease. The investment rate and return on new invested capital

**Morningstar Research Methodology for Valuing Companies**



decline until the perpetuity stage is reached. In the case of firms that do not earn their cost of capital, we assume marginal ROICs rise to the firm's cost of capital (usually attributable to less reinvestment), and we may truncate the second stage.

**Stage III: Perpetuity**

Once a company's marginal ROIC hits its cost of capital, we calculate a continuing value, using a standard perpetuity formula. At perpetuity, we assume that any growth or decline or investment in the business neither creates nor destroys value and that any new investment provides a return in line with estimated WACC.

Because a dollar earned today is worth more than a dollar earned tomorrow, we discount our projections of cash flows in stages I, II, and III to arrive at a total present value of expected future cash flows. Because we are modeling free cash flow to the firm—representing cash available to provide a return to all capital providers—we discount future cash flows using the WACC, which is a weighted average of the costs of equity, debt, and preferred stock (and any other funding sources), using expected future proportionate long-term market-value weights.

**3. Uncertainty Around That Fair Value Estimate**

Morningstar's Uncertainty Rating captures a range of likely potential intrinsic values for a company and uses it to

© Morningstar 2022. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

# Research Methodology for Valuing Companies

assign the margin of safety required before investing, which in turn explicitly drives our stock star rating system. The Uncertainty Rating represents the analysts' ability to bound the estimated value of the shares in a company around the Fair Value Estimate, based on the characteristics of the business underlying the stock, including operating and financial leverage, sales sensitivity to the overall economy, product concentration, pricing power, exposure to material ESG risks, and other company-specific factors.

Analysts consider at least two scenarios in addition to their base case: a bull case and a bear case. Assumptions are chosen such that the analyst believes there is a 25% probability that the company will perform better than the bull case, and a 25% probability that the company will perform worse than the bear case. The distance between the bull and bear cases is an important indicator of the uncertainty underlying the fair value estimate. In cases where there is less than a 25% probability of an event, but where the event could result in a material decline in value, analysts may adjust the uncertainty rating to reflect the increased risk. Analysts may also make a fair value adjustment to reflect the impact of this event.

Our recommended margin of safety widens as our uncertainty of the estimated value of the equity increases. The more uncertain we are about the estimated value of the equity, the greater the discount we require relative to our estimate of the value of the firm before we would recommend the purchase of the shares. In addition, the uncertainty rating provides guidance in portfolio construction based on risk tolerance.

Our uncertainty ratings for our qualitative analysis are low, medium, high, very high, and extreme.

► Low—margin of safety for 5-star rating is a 20% discount and for 1-star rating is 25% premium.
► Medium—margin of safety for 5-star rating is a 30% discount and for 1-star rating is 35% premium.
► High—margin of safety for 5-star rating is a 40% discount and for 1-star rating is 55% premium.
► Very High—margin of safety for 5-star rating is a 50% discount and for 1-star rating is 75% premium.
► Extreme—margin of safety for 5-star rating is a 75% discount and for 1-star rating is 300% premium.

### 4. Market Price
The market prices used in this analysis and noted in the report come from exchange on which the stock is listed, which we believe is a reliable source.

For more details about our methodology, please go to https://shareholders.morningstar.com.

**Morningstar Equity Research Star Rating Methodology**



### Morningstar Star Rating for Stocks

Once we determine the fair value estimate of a stock, we compare it with the stock's current market price on a daily basis, and the star rating is automatically re-calculated at the market close on every day the market on which the stock is listed is open.

Please note, there is no predefined distribution of stars. That is, the percentage of stocks that earn 5 stars can fluctuate daily, so the star ratings, in the aggregate, can serve as a gauge of the broader market's valuation. When there are many 5-star stocks, the stock market as a whole is more undervalued, in our opinion, than when very few companies garner our highest rating.

We expect that if our base-case assumptions are true the market price will converge on our fair value estimate over time, generally within three years (although it is impossible to predict the exact time frame in which market prices may adjust).

Our star ratings are guideposts to a broad audience and individuals must consider their own specific investment goals, risk tolerance, tax situation, time horizon, income needs, and complete investment portfolio, among other factors.

The Morningstar Star Ratings for stocks are defined below:

★★★★★ We believe appreciation beyond a fair risk-adjusted return is highly likely over a multiyear time frame. The current market price represents an excessively pessimistic outlook, limiting downside risk and maximizing upside potential.

★★★★ We believe appreciation beyond a fair risk-adjusted return is likely.

★★★ Indicates our belief that investors are likely to receive a fair risk-adjusted return (approximately cost of equity).

★★ We believe investors are likely to receive a less than fair risk-adjusted return.

★ Indicates a high probability of undesirable risk-adjusted returns from the current market price over a multiyear time frame, based on our analysis. The market is pricing in an excessively optimistic outlook, limiting upside potential and leaving the investor exposed to Capital loss.

© Morningstar 2022. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

# Research Methodology for Valuing Companies

**Other Definitions**

**Last Price:** Price of the stock as of the close of the market of the last trading day before date of the report.

**Capital Allocation Rating**: Our Capital Allocation (or Stewardship) Rating represents our assessment of the quality of management's capital allocation, with particular emphasis on the firm's balance sheet, investments, and shareholder distributions. Analysts consider companies' investment strategy and valuation, balance sheet management, and dividend and share buyback policies. Corporate governance factors are only considered if they are likely to materially impact shareholder value, though either the balance sheet, investment, or shareholder distributions. Analysts assign one of three ratings: "Exemplary", "Standard", or "Poor". Analysts judge Capital Allocation from an equity holder's perspective. Ratings are determined on a forward looking and absolute basis. The Standard rating is most common as most managers will exhibit neither exceptionally strong nor poor capital allocation.

Capital Allocation (or Stewardship) analysis published prior to Dec. 9, 2020, was determined using a different process. Beyond investment strategy, financial leverage, and dividend and share buyback policies, analysts also considered execution, compensation, related party transactions, and accounting practices in the rating.

**Sustainalytics ESG Risk Rating Assessment:** The ESG Risk Rating Assessment is provided by Sustainalytics; a Morningstar company.

Sustainalytics' ESG Risk Ratings measure the degree to which company's economic value at risk is driven by environmental, social and governance (ESG) factors.

Sustainalytics analyzes over 1,300 data points to assess a company's exposure to and management of ESG risks. In other words, ESG Risk Ratings measures a company's unmanaged ESG Risks represented as a quantitative score. Unmanaged Risk is measured on an open-ended scale starting at zero (no risk) with lower scores representing less unmanaged risk and, for 95% of cases, the unmanaged ESG Risk score is below 50.

Based on their quantitative scores, companies are grouped into one of five Risk Categories (negligible, low, medium, high, severe). These risk categories are absolute, meaning that a 'high risk' assessment reflects a comparable degree of unmanaged ESG risk across all subindustries covered.

The ESG Risk Rating Assessment is a visual representation of Sustainalytics ESG Risk Categories on a 1 to 5 scale. Companies with Negligible Risk = 5 Globes, Low Risk = 4,

Medium Risk = 3 Globes, High Risk = 2 Globes, Severe Risk = 1 Globe. For more information, please visit sustainalytics.com/esg-ratings/.

Ratings should not be used as the sole basis in evaluating a company or security. Ratings involve unknown risks and uncertainties which may cause our expectations not to occur or to differ significantly from what was expected and should not be considered an offer or solicitation to buy or sell a security.

**Quantitative Valuation**: Using the below terms, intended to denote the relationship between the security's Last Price and Morningstar's quantitative fair value estimate for that security.

► Undervalued: Last Price is below Morningstar's quantitative fair value estimate.
► Fairly Valued: Last Price is in line with Morningstar's quantitative fair value estimate.
► Overvalued: Last Price is above Morningstar's quantitative fair value estimate.

**Risk Warning**

Please note that investments in securities are subject to market and other risks and there is no assurance or guarantee that the intended investment objectives will be achieved. Past performance of a security may or may not be sustained in future and is no indication of future performance. A security investment return and an investor's principal value will fluctuate so that, when redeemed, an investor's shares may be worth more or less than their original cost. A security's current investment performance may be lower or higher than the investment performance noted within the report. Morningstar's Uncertainty Rating serves as a useful data point with respect to sensitivity analysis of the assumptions used in our determining a fair value price.

© Morningstar 2022. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Morningstar Equity Research



## United States Cellular Corp USM (NYSE) | ★★★

| Last Price | Fair Value | Uncertainty | Economic Moat™ | Moat Trend™ | Capital Allocation | Industry Group | ESG Risk Rating Assessment[1] |
|---|---|---|---|---|---|---|---|
| 28.43 USD | 31.00 USD | Very High | None | Negative | Poor | Telecommunication Services |  |



**Price/Fair Value** Morningstar data as of Feb 17, 2022

General Disclosure

The analysis within this report is prepared by the person(s) noted in their capacity as an analyst for Morningstar's equity research group. The equity research group consists of various Morningstar, Inc. subsidiaries ("Equity Research Group)". In the United States, that subsidiary is Morningstar Research Services LLC, which is registered with and governed by the U.S. Securities and Exchange Commission.

The opinions expressed within the report are given in good faith, are as of the date of the report and are subject to change without notice. Neither the analyst nor Equity Research Group commits themselves in advance to whether and in which intervals updates to the report are expected to be made. The written analysis and Morningstar Star Rating for stocks are statements of opinions; they are not statements of fact.

The Equity Research Group believes its analysts make a reasonable effort to carefully research information contained in the analysis. The information on which the analysis is based has been obtained from sources believed to be reliable such as, for example, the company's financial statements filed with a regulator, company website, Bloomberg and any other the relevant press sources. Only the information obtained from such sources is made available to the issuer who is the subject of the analysis, which is necessary to properly reconcile with the facts. Should this sharing of information result in considerable changes, a statement of that fact will be noted within the report. While the Equity Research Group has obtained data, statistics and information from sources it believes to be reliable, neither the Equity Research Group nor Morningstar, Inc.performs an audit or seeks independent verification of any of the data, statistics, and information it receives.

Unless otherwise provided in a separate agreement, recipients accessing this report may only use it in the country in which the Morningstar distributor is based. Unless stated otherwise, the original distributor of the report is Morningstar Research Services LLC, a U.S.A. domiciled financial institution.

This report is for informational purposes only and has no regard to the specific investment objectives, financial situation or particular needs of any specific recipient. This publication is intended to provide information to assist institutional investors in making their own investment decisions, not to provide investment advice to any specific investor. Therefore, investments discussed and recommendations made herein may not be suitable for all investors: recipients must exercise their own independent judgment as to the

© Morningstar 2022. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Morningstar Equity Research



# United States Cellular Corp USM (NYSE) | ★★★

| Last Price | Fair Value | Uncertainty | Economic Moat™ | Moat Trend™ | Capital Allocation | Industry Group | ESG Risk Rating Assessment¹ |
|---|---|---|---|---|---|---|---|
| 28.43 USD | 31.00 USD | Very High | None | Negative | Poor | Telecommunication Services | ◉◉◉◐○○ |

suitability of such investments and recommendations in the light of their own investment objectives, experience, taxation status and financial position.

The information, data, analyses and opinions presented herein are not warranted to be accurate, correct, complete or timely. Unless otherwise provided in a separate agreement, neither Morningstar, Inc. or the Equity Research Group represents that the report contents meet all of the presentation and/or disclosure standards applicable in the jurisdiction the recipient is located.

Except as otherwise required by law or provided for in a separate agreement, the analyst, Morningstar, Inc. and the Equity Research Group and their officers, directors and employees shall not be responsible or liable for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions within the report. The Equity Research Group encourages recipients of this report to read all relevant issue documents (e.g., prospectus) pertaining to the security concerned, including without limitation, information relevant to its investment objectives, risks, and costs before making an investment decision and when deemed necessary, to seek the advice of a legal, tax, and/or accounting professional.

The Report and its contents are not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Morningstar, Inc. or its affiliates to any registration or licensing requirements in such jurisdiction.

Where this report is made available in a language other than English and in the case of inconsistencies between the English and translated versions of the report, the English version will control and supersede any ambiguities associated with any part or section of a report that has been

issued in a foreign language. Neither the analyst, Morningstar, Inc., or the Equity Research Group guarantees the accuracy of the translations.

This report may be distributed in certain localities, countries and/or jurisdictions ("Territories") by independent third parties or independent intermediaries and/or distributors ("Distributors"). Such Distributors are not acting as agents or representatives of the analyst, Morningstar, Inc. or the Equity Research Group. In Territories where a Distributor distributes our report, the Distributor is solely responsible for complying with all applicable regulations, laws, rules, circulars, codes and guidelines established by local and/or regional regulatory bodies, including laws in connection with the distribution third-party research reports.

Conflicts of Interest:

• No interests are held by the analyst with respect to the security subject of this investment research report.
– Morningstar, Inc. may hold a long position in the security subject of this investment research report that exceeds 0.5% of the total issued share capital of the security. To determine if such is the case, please click http://msi.morningstar.com and http://mdi.morningstar.com.•
Analysts' compensation is derived from Morningstar, Inc.'s overall earnings and consists of salary, bonus and in some cases restricted stock.

• Neither Morningstar, Inc. or the Equity Research Group receives commissions for providing research nor do they charge companies to be rated.

• Neither Morningstar, Inc. or the Equity Research Group is a market maker or a liquidity provider of the security noted within this report.

• Neither Morningstar, Inc. or the Equity Research Group has been a lead manager or co-lead manager over the

© Morningstar 2022. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Morningstar Equity Research



# United States Cellular Corp USM (NYSE) | ★★★

| Last Price | Fair Value | Uncertainty | Economic Moat™ | Moat Trend™ | Capital Allocation | Industry Group | ESG Risk Rating Assessment¹ |
|---|---|---|---|---|---|---|---|
| 28.43 USD | 31.00 USD | Very High | None | Negative | Poor | Telecommunication Services | ⬤⬤◑○○○ |

previous 12-months of any publicly disclosed offer of financial instruments of the issuer.

• Morningstar, Inc.'s investment management group does have arrangements with financial institutions to provide portfolio management/investment advice some of which an analyst may issue investment research reports on. However, analysts do not have authority over Morningstar's investment management group's business arrangements nor allow employees from the investment management group to participate or influence the analysis or opinion prepared by them.

• Morningstar, Inc. is a publicly traded company (Ticker Symbol: MORN) and thus a financial institution the security of which is the subject of this report may own more than 5% of Morningstar, Inc.'s total outstanding shares. Please access Morningstar, Inc.'s proxy statement, "Security Ownership of Certain Beneficial Owners and Management" section https: //shareholders.morningstar.com/investor-relations/financials/sec-filings/default.aspx

• Morningstar, Inc. may provide the product issuer or its related entities with services or products for a fee and on an arms' length basis including software products and licenses, research and consulting services, data services, licenses to republish our ratings and research in their promotional material, event sponsorship and website advertising.

Further information on Morningstar, Inc.'s conflict of interest policies is available from http://global.morningstar.com/equitydisclosures. Also, please note analysts are subject to the CFA Institute's Code of Ethics and Standards of Professional Conduct.

For a list of securities which the Equity Research Group currently covers and provides written analysis on please contact your local Morningstar office. In addition, for

historical analysis of securities covered, including their fair value estimate, please contact your local office.

For Recipients in Australia: This Report has been issued and distributed in Australia by Morningstar Australasia Pty Ltd (ABN: 95 090 665 544; ASFL: 240892). Morningstar Australasia Pty Ltd is the provider of the general advice ('the Service') and takes responsibility for the production of this report. The Service is provided through the research of investment products. To the extent the Report contains general advice it has been prepared without reference to an investor's objectives, financial situation or needs. Investors should consider the advice in light of these matters and, if applicable, the relevant Product Disclosure Statement before making any decision to invest. Refer to our Financial Services Guide (FSG) for more information at http://www.morningstar.com.au/fsg.pdf .

For Recipients in Hong Kong: The Report is distributed by Morningstar Investment Management Asia Limited, which is regulated by the Hong Kong Securities and Futures Commission to provide services to professional investors only. Neither Morningstar Investment Management Asia Limited, nor its representatives, are acting or will be deemed to be acting as an investment advisor to any recipients of this information unless expressly agreed to by Morningstar Investment Management Asia Limited. For enquiries regarding this research, please contact a Morningstar Investment Management Asia Limited Licensed Representative at http://global.morningstar.com/equitydisclosures .

For Recipients in India: This Investment Research is issued by Morningstar Investment Adviser India Private Limited. Morningstar Investment Adviser India Private Limited is registered with the Securities and Exchange Board of India (Registration number INA000001357) and provides investment advice and research. Morningstar Investment Adviser India Private Limited has not been the subject of any disciplinary action by SEBI or any other legal/regulatory

© Morningstar 2022. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.

Morningstar Equity Research



# United States Cellular Corp USM (NYSE) | ★★★

| Last Price | Fair Value | Uncertainty | Economic Moat™ | Moat Trend™ | Capital Allocation | Industry Group | ESG Risk Rating Assessment¹ |
|---|---|---|---|---|---|---|---|
| 28.43 USD | 31.00 USD | Very High | None | Negative | Poor | Telecommunication Services | |

body. Morningstar Investment Adviser India Private Limited is a wholly owned subsidiary of Morningstar Investment Management LLC. In India, Morningstar Investment Adviser India Private Limited has one associate, Morningstar India Private Limited, which provides data related services, financial data analysis and software development.

The Research Analyst has not served as an officer, director or employee of the fund company within the last 12 months, nor has it or its associates engaged in market making activity for the fund company.

*The Conflicts of Interest disclosure above also applies to relatives and associates of Manager Research Analysts in India # The Conflicts of Interest disclosure above also applies to associates of Manager Research Analysts in India. The terms and conditions on which Morningstar Investment Adviser India Private Limited offers Investment Research to clients, varies from client to client, and are detailed in the respective client agreement.

For recipients in Japan: The Report is distributed by Ibbotson Associates Japan, Inc., which is regulated by Financial Services Agency. Neither Ibbotson Associates Japan, Inc., nor its representatives, are acting or will be deemed to be acting as an investment advisor to any recipients of this information.

For recipients in Singapore: This Report is distributed by Morningstar Investment Adviser Singapore Pte Limited, which is licensed by the Monetary Authority of Singapore to provide financial advisory services in Singapore. Investors should consult a financial adviser regarding the suitability of any investment product, taking into account their specific investment objectives, financial situation or particular needs, before making any investment decisions.

© Morningstar 2022. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions presented herein do not constitute investment advice; are provided solely for informational purposes and therefore are not an offer to buy or sell a security; and are not warranted to be correct, complete or accurate. The opinions expressed are as of the date written and are subject to change without notice. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, the information, data, analyses or opinions or their use. The information contained herein is the proprietary property of Morningstar and may not be reproduced, in whole or in part, or used in any manner, without the prior written consent of Morningstar. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. To order reprints, call +1 312-696-6100. To license the research, call +1 312-696-6869.