# EXHIBIT R

## Equity Research



Earnings Revised — August 10, 2022

**Wireless Carriers**

# United States Cellular Corporation (USM)

USM: Getting Creative with Promotions to Spark Subscriber Growth amid Heightened Competitive Environment; Q2'22 Mixed

## Our Call

USM reported mixed Q2'22 results as competition in the wireless market shows no signs of slowing down. The company reported more net postpay customer losses as a result and has introduced offers in the market to try and reverse that trend, including a price lock through at least YE2023 and free devices for new and existing customers. USM sees some positive indicators in terms of store traffic and customer activity that suggest an improving subscriber outlook in 2H'22, although the competitive environment between the Big 3 carriers (and cable) will remain a headwind. ARPU growth continues to be a strong point for USM, with postpay ARPU +4.9% y/y as 34% of handset customers are on the highest 2 unlimited data plans. Despite the elevated level of churn, USM reiterated its 2022 guide, which includes stable service revenue y/y. We continue to believe the stock present compelling value at ~5x EBITDA and reiterate our Overweight rating on the shares.

**Fixed wireless**. USM is growing its fixed wireless access base and ended Q2 with 57K customers, +23% y/y. The company is focused on expanding its service to deploy FWA so that it covers every geographic inch of service territory, which helps expand its distribution capability. The totality of the build is predicated on infrastructure funding in more rural areas where it isn't economically attractive to build fiber. The mid-band product is expected to be made available in late-2023 or early 2024.

**Towers maintain its steady growth rates driven by DISH activity**. Towers revenue was $22.9MM, +13% y/y and +3% sequentially. As a reminder, USM owns 4,323 cell sites, or ~63% of its 6,916 total sites. The company added 17 sites in service and 13 owned sites in Q2. USM reported the number of co-locators grew 18% y/y, and that DISH presents the most growth opportunity on its towers given its MLA and build requirements. USM is also planning to deploy its C-Band radios in early 2023, ahead of when the spectrum is cleared, so that when it is made available the network will be ready to turn on.

**Q2 2022 results summary**. USM reported Q2 total revenue and Adjusted EBITDA of $1.03B and $261MM vs. our estimates of $1.02B and $269MM. Retail service revenue was $700MM, +2,0% y/y, and total service revenue was $783MM, +1.2% y/y. Roaming revenue was $18MM in Q2, down -36% y/y, driven by renegotiations with other carriers. USM lost -40K postpay net adds in Q2, with -31K handsets (-23K smartphones and -8K feature phones) and -9K connected devices. Postpay ARPU was $50.07, +4.9% y/y, and churn was 1.3%. Q2 prepaid net losses were -4K, which improved from -18K in Q1, with prepaid churn of 4.1%, and ARPU of $35.25, -1.1% y/y. Q2 capex was $268MM and gross FCF was -$1MM.

**2022 guidance unchanged**. USM reiterated its 2022 guidance for service revenue ($3.1-3.2B), Adjusted EBITDA ($925-1,075MM), and capex ($700-800MM). The guide takes into account increased bad debt as inflation, increased device costs, and lack of government stimulus all negatively affect customer behavior. Our new 2022E revenue and EPS are $4.12B and $0.98 from $4.12B and $1.55, and 2023E are $4.14B and $1.22 from $4.14B and $1.58.

Equity Analyst(s)

**Eric Luebchow, CFA**
Equity Analyst | Wells Fargo Securities, LLC
Eric.Luebchow@wellsfargo.com | 312-630-2386

**Caleb Stein**
Associate Equity Analyst | Wells Fargo Securities, LLC
Caleb.Stein@wellsfargo.com | 704-410-1823

| Rating | Overweight |
|---|---|
| **Ticker** | **USM** |
| **Price Target/Prior:** | **$33.00/NC** |
| **Upside/(Downside) to Target** | **4.4%** |
| **Price (08/09/2022)** | **$31.61** |
| 52 Week Range | $25.44 - 33.67 |
| Shares Outstanding | 85,564,600 |
| Market Cap (MM) | $2,705 |
| Enterprise Value (MM) | $5,151 |
| Average Daily Volume | 116,584 |
| Average Daily Value (MM) | $4 |
| Dividend (NTM) | $0.00 |
| Dividend Yield | 0.0% |
| Net Debt (MM) - last reported | $2,446 |
| ROIC - Current year est. | 2% |
| 3 Yr EPS CAGR from current year (unless otherwise noted) | 3% |

| $ EPS | 2021A | 2022E Curr. | 2022E Prior | 2023E Curr. | 2023E Prior |
|---|---|---|---|---|---|
| Q1 (Mar) | 0.69 A | 0.57 A | NC | 0.45 E | 0.53E |
| Q2 (Jun) | 0.39 A | 0.25 A | 0.50E | 0.42 E | 0.51E |
| Q3 (Sep) | 0.38 A | 0.28 E | 0.44E | 0.39 E | 0.48E |
| Q4 (Dec) | 0.31 A | (0.12) E | 0.04E | (0.04) E | 0.05E |
| FY | 1.77 A | 0.98 E | 1.55E | 1.22 E | 1.58E |
| P/E | 17.8x | 32.3x | | 25.9x | |

*Source: Company Data, Wells Fargo Securities estimates, and Refinitiv.
NA = Not Available, Volatility = Historical trading volatility*

All estimates/forecasts are as of 8/10/2022 unless otherwise stated. 8/10/2022 17:34:07EDT. Please see page 5 for rating definitions, important disclosures and required analyst certifications. Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

## Financials

Summary of USM Estimates

**SUMMARY OF ESTIMATES**

| US Cellular Corp | Q2'22A | Q2'22E | Q2'21A | Yr/Yr Change |
|---|---|---|---|---|
| **Total Gross Additions (000's)** | 184 | 190 | 206 | -11% |
| **Postpaid Net Additions (000's)** | (40) | (26) | (6) | 567% |
| **Prepaid Net Additions (000's)** | (4) | (5) | 10 | -140% |
| **Total Subscribers (000's)** | 4,786 | 4,799 | 4,967 | -4% |
| **Postpaid Churn** | 1.30% | 1.20% | 1.11% | 19 bps |
| **Prepaid Churn** | 4.07% | 4.40% | 3.66% | 41 bps |
| **Postpaid ARPU** | $50.07 | $49.79 | $47.74 | 4.9% |
| **Service Revenue (MM's)** | $783.0 | $784.5 | $774.0 | 1.2% |
| **Total Revenue (MM's)** | $1,027.0 | $1,019.7 | $1,014.0 | 1% |
| **Adjusted EBITDA (MM's)** | $261.0 | $268.9 | $267.0 | -2% |
| **Margin** | 25.4% | 26.4% | 26.3% | -92 bps |
| **EPS** | $0.25 | $0.50 | $0.39 | -36% |

Source: Company reports and Wells Fargo Securities, LLC estimates

| SUMMARY OF ESTIMATES US Cellular Corp | Q3'22E | | 2022E | | 2023E | |
|---|---|---|---|---|---|---|
| | **New** | **Old** | **New** | **Old** | **New** | **Old** |
| **Total Gross Additions (000's)** | 200 | 200 | 795 | 801 | 811 | 811 |
| **Postpaid Net Additions (000's)** | (20) | (20) | (115) | (102) | (84) | (85) |
| **Prepaid Net Additions (000's)** | 0 | 0 | (13) | (14) | 10 | 10 |
| **Total Subscribers (000's)** | 4,767 | 4,779 | 4,764 | 4,775 | 4,690 | 4,700 |
| **Postpaid Churn** | 1.20% | 1.20% | 1.28% | 1.25% | 1.24% | 1.24% |
| **Prepaid Churn** | 4.40% | 4.40% | 4.45% | 4.54% | 4.33% | 4.33% |
| **Postpaid ARPU** | $49.80 | $49.80 | $49.93 | $49.86 | $50.74 | $50.67 |
| **Service Revenue (MM's)** | $780.2 | $782.1 | $3,132.6 | $3,137.7 | $3,133.1 | $3,139.9 |
| **Total Revenue (MM's)** | $1,012.8 | $1,014.6 | $4,121.0 | $4,117.4 | $4,141.3 | $4,139.1 |
| **Adjusted EBITDA (MM's)** | $262.1 | $261.9 | $1,025.9 | $1,033.3 | $1,037.6 | $1,040.4 |
| **Margin** | 25.9% | 25.8% | 24.9% | 25.1% | 25.1% | 25.1% |
| **EPS** | $0.28 | $0.44 | $0.98 | $1.55 | $1.22 | $1.58 |

Source: Company reports and Wells Fargo Securities, LLC estimates

Source: Company reports and Wells Fargo Securities, LLC estimates

United States Cellular Corporation                                                                    Equity Research

## USM Income Statement

**US Cellular Corp**

| Income Statement (millions) | 2018A | 2019A | 2020A | Q1'21A | Q2'21A | Q3'21A | Q4'21A | 2021A | Q1'22 | Q2'22 | Q3'22E | Q4'22E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | | | |
| Service revenue (consolidated) | 2,978.0 | 3,034.5 | 3,066.2 | 771.0 | 774.0 | 788.0 | 782.0 | 3,115.0 | 787.0 | 783.0 | 780.2 | 782.3 | 3,132.6 | 3,133.1 |
| yr/yr % | 0.0% | 1.9% | 1.0% | 1.2% | 2.8% | 1.7% | 0.8% | 1.6% | 2.1% | 1.2% | -1.0% | 0.0% | 0.6% | 0.0% |
| Equipment revenue | 990.0 | 987.1 | 970.0 | 252.0 | 240.0 | 228.0 | 286.0 | 1,006.0 | 223.0 | 244.0 | 232.6 | 288.9 | 988.4 | 1,008.2 |
| **Total revenue** | **$3,968.0** | **$4,021.5** | **$4,036.2** | **$1,023.0** | **$1,014.0** | **$1,016.0** | **$1,068.0** | **$4,121.0** | **$1,010.0** | **$1,027.0** | **$1,012.8** | **$1,071.2** | **$4,121.0** | **$4,141.3** |
| *yr/yr %* | **2.0%** | **1.3%** | **0.4%** | **6.2%** | **4.2%** | **-1.1%** | **-0.5%** | **2.1%** | **-1.3%** | **1.3%** | **-0.3%** | **0.3%** | **0.0%** | **0.5%** |
| | | | | | | | | | | | | | | |
| **Operating expenses (excluding D&A)** | | | | | | | | | | | | | | |
| System operations | 759.0 | 756.5 | 782.5 | 185.0 | 204.0 | 205.0 | 196.0 | 790.0 | 185.0 | 192.0 | 201.4 | 204.6 | 783.0 | 792.6 |
| *Service revenue gross margin %* | *74.5%* | *75.1%* | *74.5%* | *76.0%* | *73.6%* | *74.0%* | *74.9%* | *74.6%* | *76.5%* | *75.5%* | *74.2%* | *73.9%* | *75.0%* | *74.7%* |
| Cost of equipment sold | 1,032.0 | 1,027.8 | 1,010.9 | 275.0 | 258.0 | 252.0 | 332.0 | 1,117.0 | 257.0 | 275.0 | 255.8 | 317.7 | 1,105.6 | 1,088.8 |
| *Equipment gross margin %* | *-4.2%* | *-4.1%* | *-4.2%* | *-9.1%* | *-7.5%* | *-10.5%* | *-16.1%* | *-11.0%* | *-15.2%* | *-12.7%* | *-10.0%* | *-10.0%* | *-11.9%* | *-8.0%* |
| Selling, general and administrative | 1,387.0 | 1,405.5 | 1,366.8 | 305.0 | 334.0 | 346.0 | 359.0 | 1,344.0 | 325.0 | 339.0 | 337.9 | 379.6 | 1,381.5 | 1,397.2 |
| *SG&A as % of Services Revenues* | *46.6%* | *46.3%* | *44.6%* | *39.6%* | *43.2%* | *43.9%* | *45.9%* | *43.1%* | *41.3%* | *43.3%* | *43.3%* | *48.5%* | *44.1%* | *44.6%* |
| **Adjusted EBITDA** | **$962.8** | **$1,015.1** | **$1,067.5** | **$301.0** | **$267.0** | **$262.0** | **$224.0** | **$1,054.0** | **$289.0** | **$261.0** | **$262.1** | **$213.8** | **$1,025.9** | **$1,037.6** |
| *EBITDA margin %* | *24.3%* | *25.2%* | *26.4%* | *29.4%* | *26.3%* | *25.8%* | *21.0%* | *25.6%* | *28.6%* | *25.4%* | *25.9%* | *20.0%* | *24.9%* | *25.1%* |
| *yr/yr %* | *17.3%* | *5.4%* | *5.2%* | *7.5%* | *-4.6%* | *-8.9%* | *1.8%* | *-1.3%* | *-4.0%* | *-2.2%* | *0.0%* | *-4.6%* | *-2.7%* | *1.1%* |
| **Adjusted Income Before Income Taxes** | **$952.8** | **$996.9** | **$1,042.9** | **$297.0** | **$265.0** | **$254.0** | **$217.0** | **$1,033.0** | **$287.0** | **$255.0** | **$258.1** | **$210.8** | **$1,010.9** | **$1,027.6** |
| *AIBIT margin %* | *24.0%* | *24.8%* | *25.8%* | *29.0%* | *26.1%* | *25.0%* | *20.3%* | *25.1%* | *28.4%* | *24.8%* | *25.5%* | *19.7%* | *24.5%* | *24.8%* |
| *yr/yr %* | *18.7%* | *4.6%* | *4.6%* | *7.4%* | *-4.0%* | *-9.8%* | *3.8%* | *-1.0%* | *-3.4%* | *-3.8%* | *1.6%* | *-2.9%* | *-2.1%* | *1.7%* |
| (Gain) loss on asset disposals | 10.0 | 18.2 | 24.6 | 5.0 | 2.0 | 8.0 | 8.0 | 23.0 | 2.0 | 6.0 | 4.0 | 3.0 | 15.0 | 10.0 |
| (Gain) loss on sale of business and other exit costs | 0.0 | (2.0) | 0.0 | | | | | 0.0 | (1.0) | 3.0 | | | 2.0 | 0.0 |
| (Gain) loss on license sale and exchanges | (18.0) | (0.1) | (5.0) | (1.0) | 0.0 | 0.0 | (1.0) | (2.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| D&A | 640.0 | 704.2 | 684.2 | 170.0 | 180.0 | 160.0 | 169.0 | 679.0 | 171.0 | 172.0 | 181.0 | 181.0 | 705.0 | 745.6 |
| % of rev | 16.1% | 17.5% | 17.0% | 16.6% | 17.8% | 15.7% | 15.8% | 16.5% | 16.9% | 16.7% | 17.9% | 16.9% | 17.1% | 18.0% |
| **Operating income** | **$158.0** | **$111.4** | **$172.3** | **$84.0** | **$36.0** | **$45.0** | **$5.0** | **$170.0** | **$71.0** | **$40.0** | **$32.6** | **($14.7)** | **$128.9** | **$107.0** |
| **Operating income margin %** | **4.0%** | **2.8%** | **4.3%** | **8.2%** | **3.6%** | **4.4%** | **0.5%** | **4.1%** | **7.0%** | **3.9%** | **3.2%** | **-1.4%** | **3.1%** | **2.6%** |
| | | | | | | | | | | | | | | |
| Equity in earnings of unconsolidated entities | 159.0 | 166.2 | 179.4 | 42.0 | 47.0 | 48.0 | 43.0 | 180.0 | 45.0 | 37.0 | 44.0 | 44.0 | 170.0 | 170.0 |
| Interest and dividend income | 14.8 | 17.5 | 8.4 | 2.0 | 2.0 | 1.0 | 1.0 | 6.0 | 1.0 | 3.0 | 0.5 | 0.5 | 5.0 | 5.0 |
| Gain (loss) on cellular / other investments | 0.0 | 0.0 | 1.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Interest (expense) | (117.2) | (110.1) | (112.5) | (39.0) | (60.0) | (45.0) | (32.0) | (176.0) | (33.0) | (40.0) | (43.5) | (43.5) | (160.0) | (135.0) |
| Other | (1.0) | (0.3) | (0.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Income before taxes** | **$213.6** | **$184.8** | **$249.4** | **$89.0** | **$25.0** | **$49.0** | **$17.0** | **$180.0** | **$84.0** | **$40.0** | **$33.6** | **($13.7)** | **$143.9** | **$147.0** |
| **Income before taxes (divestiture markets)** | | | | | | | | | | | | | | |
| **Income before taxes (core markets)** | | | | | | | | | | | | | | |
| Income tax | 50.2 | 52.3 | 16.1 | 27.0 | (10.0) | 14.0 | (11.0) | 20.0 | 32.0 | 18.0 | 9.1 | (3.7) | 55.4 | 39.7 |
| *Effective tax rate %* | *23.5%* | *28.3%* | *6.4%* | *30.3%* | *-40.0%* | *28.6%* | *-64.7%* | *11.1%* | *38.1%* | *45.0%* | *27.0%* | *27.0%* | *38.5%* | *27.0%* |
| **Net income** | **$163.4** | **$132.4** | **$233.3** | **$62.0** | **$35.0** | **$35.0** | **$28.0** | **$160.0** | **$52.0** | **$22.0** | **$24.5** | **($10.0)** | **$88.5** | **$107.3** |
| Net income attributable to noncontrol interests | ($14.0) | ($6.1) | ($5.0) | ($2.0) | $0.0 | ($1.0) | ($1.0) | ($4.0) | ($3.0) | ($1.0) | ($0.3) | ($0.3) | ($4.6) | ($1.2) |
| Net income attributable to USM | $149.4 | $126.4 | $228.3 | $60.0 | $35.0 | $34.0 | $27.0 | $156.0 | $49.0 | $21.0 | $24.2 | ($10.3) | $83.9 | $106.1 |
| **Diluted EPS** | **$1.72** | **$1.44** | **$2.61** | **$0.69** | **$0.39** | **$0.38** | **$0.31** | **$1.77** | **$0.57** | **$0.25** | **$0.28** | **($0.12)** | **$0.98** | **$1.22** |
| Wtd avg shares (000s) | 86.9 | 88.0 | 87.6 | 88.0 | 88.0 | 87.0 | 86.0 | 87.3 | 87.0 | 87.0 | 87.0 | 87.1 | 87.0 | 87.1 |

*Source: Wells Fargo Securities, LLC Estimates and Company Reports*

Source: Company reports and Wells Fargo Securities, LLC estimates

Equity Research

## Investment Thesis, Valuation and Risks

**United States Cellular Corporation (USM)**

**Investment Thesis**

We are Overweight on USM as it has, in our view, an attractive risk/reward given steady growth in its wireless business and longer-term monetization opportunities with its wireless tower assets.

**Target Price Valuation for USM: $33.00 from NC**

Our $33 price target is based on a 7-year DCF with a terminal value growth rate of 2.0% and a WACC of 8.5%.

**Risks to Our Price Target and Rating for USM**

Risks include competition from its larger-scaled peers, increasing capital intensity from 5G-build out, and majority control from TDS.

United States Cellular Corporation

Equity Research

## Required Disclosures

I, Eric Luebchow, certify that:
1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and

2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

## Additional Information Available Upon Request



**United States Cellular Corporation Rating History as of 08-09-2022**

powered by: BlueMatrix

Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)

Wells Fargo Securities, LLC, or its affiliates received compensation for investment banking services from United States Cellular Corporation in the past 12 months.

Wells Fargo Securities, LLC, or its affiliates intends to seek or expects to receive compensation for investment banking services in the next three months from an affiliate of United States Cellular Corporation.

Wells Fargo Securities, LLC, maintains a market in the common stock of United States Cellular Corporation.

Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking services from United States Cellular Corporation in the next three months.

Wells Fargo Securities, LLC, received compensation for products or services other than investment banking services from United States Cellular Corporation in the past 12 months.

United States Cellular Corporation currently is, or during the 12 month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC, provided non-securities services to United States Cellular Corporation.

United States Cellular Corporation currently is, or during the 12 month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC, provided investment banking services to United States Cellular Corporation.

Wells Fargo Securities, LLC, or its affiliates received compensation for investment banking services from an affiliate of United States Cellular Corporation in the past 12 months.

**STOCK RATING**

**1=Overweight**: Total return on stock expected to be 10%+ over the next 12 months. BUY

**2=Equal Weight**: Total return on stock expected to be -10% to +10% over the next 12 months. HOLD

**3=Underweight**: Total return on stock expected to lag the Overweight- and Equal Weight-rated stocks within the analyst's coverage universe over the next 12 months. SELL

Wireless Carriers                                                                                          Equity Research

**As of August 9, 2022**
54.9% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Overweight.
37.0% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Equal Weight.
8.1% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underweight.
Wells Fargo Securities, LLC has provided investment banking services for 44.3% of its Equity Research Overweight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 34.9% of its Equity Research Equal Weight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 32.4% of its Equity Research Underweight-rated companies.

**Important Disclosure for U.S. Clients**

This report was prepared by Wells Fargo Securities Global Research Department ("WFS Research") personnel associated with Wells Fargo Securities, LLC ("Wells Fargo Securities").

WFS Research may, from time to time, provide clients with short-term trading views in its research reports regarding subject companies on which Wells Fargo Securities currently has equity research coverage. A short-term trading view offers a view on how the market price of a subject company's common equity may trend in absolute terms during the 30 days following the date of the short-term trading view. A short-term trading view on a subject company's common equity does not impact our fundamental investment rating or price target for that company, which reflect our view of how the subject company's common equity may perform over a one-year period. A short-term trading view may reach a different conclusion than the firm's fundamental investment rating and price target for a subject company and, therefore, short-term trading views could result in short-term price movements that are contrary to our fundamental investment rating and price target. Short-term trading views are not ratings and the firm does not intend, nor undertakes any obligation, to maintain, update or close out short-term trading views. Short-term trading views may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any short-term trading views discussed in WFS Research reports.

**Important Disclosure for International Clients**

**United Kingdom** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the United Kingdom, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a UK incorporated investment firm authorised and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 (the "Act"), the content of this report has been approved by WFSIL, an authorised person under the Act. WFSIL does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients.

**EEA** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by WFSIL or Wells Fargo Securities Europe S.A. ("WFSE"). WFSE is a French incorporated investment firm authorized and regulated by the Autorité de contrôle prudentiel et de résolution and the Autorité des marchés financiers. WFSE does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). This report is not intended for, and should not be relied upon by, retail clients.

**Australia** – Wells Fargo Securities, LLC and Wells Fargo Securities International Limited are exempt from the requirements to hold an Australian financial services license in respect of the financial services they provide to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under the laws of the United States and Wells Fargo Securities International Limited is regulated under laws of the United Kingdom. All such laws differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC or Wells Fargo Securities International Limited in the course of providing the financial services will be prepared in accordance with the laws of the United States or United Kingdom and not Australian laws.

**Canada** – This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Investment Industry Regulatory Organization of Canada (IIROC) and Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**China** – Strictly Private and Confidential. For the sole use of the recipient only. Not to be copied or redistributed within the People's Republic of China.

**Brazil** - This report was not created for distribution to investors resident in Brazil or to the Brazilian public in general. Wells Fargo Securities, LLC is a broker-dealer registered in United States of America with and regulated by the U.S. Securities and Exchange Commission. Wells Fargo Securities, LLC is not registered in Brazil and its products, including this report and the securities mentioned in this report, have not been and will not be publicly issued, placed, distributed, offered or negotiated in the Brazilian capital markets, and, as a result, have not been and will not be registered with the Brazilian Securities Commission (Comissão de Valores Mobiliários, the CVM). The offer of Wells Fargo Securities, LLC's products, including this report and any securities mentioned in this report, is intended only for residents in the countries in which Wells Fargo Securities, LLC is authorized to operate.

**About Wells Fargo Securities**

Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in the report. This report, including any ratings it contains, should not be considered a recommendation tailored to a particular investor with respect to (i) the security or securities or (ii) any investment strategy or strategies discussed in the report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information or they wish to effect transactions in the securities discussed in this report. The information in this report has been obtained or derived from sources believed by Wells Fargo Securities Global Research Department ("WFS Research"), to be reliable, but WFS

United States Cellular Corporation

Equity Research

Research does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of WFS Research, at the time that the report was published, and are subject to change without notice. Certain text, images, graphics, screenshots and audio or video clips included in this report are protected by copyright law and owned by third parties (collectively, "Third Party Content"). Third Party Content is made available to clients by Wells Fargo under license or otherwise in accordance with applicable law. Any use or publication of Third Party Content included in this report for purposes other than fair use requires permission from the copyright owner. Any external website links included in this publication are not maintained, controlled or operated by Wells Fargo Securities. Wells Fargo Securities does not provide the products and services on these websites and the views expressed on these websites do not necessarily represent those of Wells Fargo Securities. Please review the applicable privacy and security policies and terms and conditions for the website you are visiting. All Wells Fargo Securities research reports published by WFS Research are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Additional distribution may be effected via email, fax or regular mail. Clients may also receive our research via third party vendors. Not all research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third party aggregators. Equity Strategists focus on investment themes across the equity markets and sectors. Any discussion within an Equity Strategy report of specific securities is not intended to provide a fundamental analysis of any individual company described therein. The information provided in Equity Strategy reports is subject to change without notice, and investors should not expect continuing information or additional reports relating to any security described therein. Wells Fargo Securities' Signature Picks is a product of the Equity Strategy team and represents a portfolio of stocks selected from the Equity Research Department's universe of Overweight rated stocks. Stocks with this designation are selected by the Signature Picks Committee based on factors such as volatility, risks, market cap and liquidity and may not represent the fundamental analysts' top-rated stock in their respective coverage universe. For research or other data available on a particular security, please contact your sales representative or go to http://research.wellsfargosecurities.com. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research. Each of Wells Fargo Securities, LLC, Wells Fargo Securities International Limited and Wells Fargo Securities Europe S.A. is a separate legal entity and distinct from affiliated banks. Copyright © 2022 Wells Fargo Securities, LLC

SECURITIES: NOT FDIC-INSURED - MAY LOSE VALUE - NO BANK GUARANTEE