**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| HOWARD M. RENSIN, TRUSTEE OF THE RENSIN JOINT TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CELLULAR CORPORATION, LAURENT C. THERIVEL, DOUGLAS W. CHAMBERS, and TELEPHONE AND DATA SYSTEMS, INC.,<br><br>Defendants. | No. 1:23-cv-02764<br><br>Honorable Mary M. Rowland |

**PLAINTIFF'S MOTION TO STRIKE**

Plaintiff Howard M. Rensin, Trustee of the Rensin Joint Trust ("Plaintiff"), pursuant to Federal Rules of Civil Procedure 12(f), hereby moves the Court to:

1) Deny the vague and undeveloped request for consideration relating to each and every extraneous Exhibit[1] appended by United States Cellular Corporation, Laurent C. Therivel, Douglas W. Chambers, and Telephone and Data Systems, Inc. (collectively, "Defendants") to their Memorandum of Law in Support of their Motion to Dismiss the First Amended Complaint ("Defendants' Brief") (ECF No. 36); or, in the alternative,

2) Strike Exhibits D, F, and N-P, and any inferences drawn therefrom, from the record;

3) Deny Defendants' request for incorporation by reference of Exhibits A, E, G, I, and J;

4) Deny Defendants' request for judicial notice of Exhibits H, K, and M; and

---

[1] References to "Exhibit(s)" refer to Exhibits appended to Defendants' Memorandum of Law in Support of their Motion to Dismiss the First Amended Complaint (ECF No. 36).

5) Refuse to consider Defendants' improperly proffered Exhibits for the truth of the matter asserted or to draw inferences in Defendants' favor.

In support of this Motion, Plaintiff submits an accompanying Memorandum of Law and proposed order.

Dated: November 30, 2023          Respectfully submitted,

*/s/ Carol V. Gilden*
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
Carol V. Gilden (IL Bar: 6185530)
190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
Tel: (312) 629-3737
Fax: (312) 357-0369
cgilden@cohenmilstein.com

*Liaison Counsel for Plaintiff Howard M. Rensin, Trustee of The Rensin Joint Trust, and the Class*

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*)
Morgan M. Embleton (*pro hac vice* forthcoming)
Nicholas R. Lange (IL Bar: 6318106)
1111 Summer Street, Suite 403
Stamford, Connecticut 06905
Tel: (203) 992-4523
Fax: (212) 363-7171
shopkins@zlk.com
gpotrepka@zlk.com
membleton@zlk.com
nlange@zlk.com

*Lead Counsel for Plaintiff Howard M. Rensin, Trustee of The Rensin Joint Trust, and the Class*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify under penalty of perjury that on November 30, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List.

*/s/ Carol V. Gilden*
Carol V. Gilden