**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HOWARD M. RENSIN, TRUSTEE OF THE RENSIN JOINT TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CELLULAR CORPORATION, LAURENT C. THERIVEL, DOUGLAS W. CHAMBERS, and TELEPHONE AND DATA SYSTEMS, INC.,<br><br>Defendant. | No. 1:23-cv-02764<br><br>Honorable Mary M. Rowland |

**INDEX OF EXHIBITS TO DEFENDANTS' REPLY IN SUPPORT OF THEIR**
**MOTION TO DISMISS FIRST AMENDED COMPLAINT**

| Exhibit | Description | Date |
|:---:|---|---|
| S | Q4 2022 Earnings Call Transcript ("22Q4EC") | 2.17.2023 |
| T | Q2 2020 Earnings Call Transcript ("20Q2EC") | 8.07.2020 |