**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Howard M Rensin
Plaintiff,
v.
Case No.: 1:23−cv−02764
Honorable Mary M. Rowland
United States Cellular Corporation, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 16, 2025:

MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' joint status report [68]. The parties have made substantial progress negotiation a stipulation of settlement, a proposed preliminary approval order, proposed notice to the putative settlement class, a proposed claim and release form, and a proposed final order and judgment. By 4/25/25 Plaintiff to move for preliminary settlement approval or file a status report. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.