**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| HOWARD M. RENSIN, TRUSTEE OF THE RENSIN JOINT TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CELLULAR CORPORATION, LAURENT C. THERIVEL, DOUGLAS W. CHAMBERS, and TELEPHONE AND DATA SYSTEMS, INC.,<br><br>Defendants. | Case No. 1:23-cv-02764-MMR<br><br>CLASS ACTION<br><br>Honorable Mary M. Rowland |

**DECLARATION OF GREGORY M. POTREPKA IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

1. I, Gregory M. Potrepka, am an attorney licensed to practice in the States of Connecticut and New York, and am admitted *pro hac vice* in this Action. I am an attorney at the firm of Levi & Korsinsky, LLP, Lead Counsel in the above-captioned litigation, and have represented Lead Plaintiff throughout this litigation. I submit this declaration in support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation of Settlement executed on April 25, 2025 (the "Stipulation"). The Stipulation includes the following attachments:

Exhibit A    [Proposed] Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement

Exhibit A-1     Notice of Pendency of Class Action and Proposed Settlement, Settlement Hearing and Motion for Attorneys' Fees and Reimbursement of Litigation Expenses

Exhibit A-2     Proof of Claim and Release Form

Exhibit A-3     Postcard Notice

Exhibit A-4     Summary Notice of Pendency of Class Action, Proposed Class Action Settlement, Settlement Hearing, and Motion for Attorneys' Fees and Reimbursement of Litigation Expenses

Exhibit B       [Proposed] Final Order and Judgment

3.      Attached hereto as Exhibit 2 is the firm resume for Levi & Korsinsky, LLP.

4.      Attached hereto as Exhibit 3 is Edward Flores and Svetlana Starykh's NERA Recent Trends in Securities Class Action Litigation: 2024 Full-Year Review.

5.      Attached hereto as Exhibit 4 is Cornerstone Research's Securities Class Action Settlements 2024 Review & Analysis.

6.      After consulting with experts, Lead Counsel estimates that under a hypothetical best-case scenario where Lead Plaintiff could proceed to trial and prevail on all claims asserted over the entire Settlement Class Period—Lead Plaintiff's and the Settlement Class's maximum theoretical, aggregate damages would be approximately $65.2 million in damages in damages for Telephone and Data Systems, Inc., common and preferred stock.

7.      Lead Counsel developed the proposed Plan of Allocation described in Stipulation Exhibit A-1 with the assistance of an experienced damages expert and it is comparable to the plans of allocation approved in virtually all similar securities class actions.

//

//

2

I declare that the foregoing is true and correct.


Executed on April 25, 2025                    /s/ Gregory M. Potrepka
                                              Gregory M. Potrepka