UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOWARD M. RENSIN, TRUSTEE OF THE RENSIN JOINT TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CELLULAR CORPORATION, LAURENT C. THERIVEL, DOUGLAS W. CHAMBERS, and TELEPHONE AND DATA SYSTEMS, INC.,<br><br>Defendants. | Case No. 1:23-cv-02764-MMR<br><br><u>CLASS ACTION</u><br><br>Honorable Mary M. Rowland |

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

PLEASE TAKE NOTICE that Court-appointed Lead Plaintiff Howard M. Rensin, Trustee of the Rensin Joint Trust, individually and on behalf of all other members of the Settlement Class,[1] through Court-appointed Lead Counsel, hereby moves this Court for an Order, pursuant to Federal Rules of Civil Procedure 23(a), (b)(3), and (e), granting final approval of: (1) the proposed Settlement in the above-captioned securities fraud class action resolving this Action for the payment of $7.75 million in cash for the benefit of the Settlement Class in consideration for fully resolving all claims alleged in this Action, and (2) the proposed Plan of Allocation of the proceeds of the Settlement.

This motion is based on Lead Plaintiff's Memorandum of Law in Support of Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation, and the Declaration of Gregory M. Potrepka in Support of (I) Lead Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation, and (II) Lead Counsel's Motion For an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Award to Lead Plaintiff, dated July 30, 2025 ("Potrepka Declaration"), with annexed exhibits, filed herewith. Defendants do not oppose the relief requested in this motion.

A proposed Final Order and Judgment, substantially similar to the previously filed [Proposed] Final Order and Judgment (ECF No. 74-1 at PageIDs: 1184-92) will be submitted with Plaintiff's reply papers on August 27, 2025, after the deadline for objecting to the motion and requesting exclusion from the Settlement Class has passed.

Dated: July 30, 2025            Respectfully submitted,

           */s/ Carol V. Gilden*

**COHEN MILSTEIN
SELLERS & TOLL, PLLC**
Carol V. Gilden (IL Bar: 6185530)
200 South Wacker Dr., Suite 2375
Chicago, Illinois 60606
Tel: (312) 629-3737

---

[1] All capitalized terms not otherwise defined herein have the same meaning as those in the Stipulation of Settlement, dated April 25, 2025. *See* ECF No. 74-1.

1

2

Fax: (312) 357-0369
cgilden@cohenmilstein.com

*Liaison Counsel for Lead Plaintiff
and the Settlement Class*

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (*pro hac vice*)
Gregory M. Potrepka (*pro hac vice*)
Morgan M. Embleton (*pro hac vice*)
David C. Jaynes (*pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Fax: (212) 363-7171
gpotrepka@zlk.com
shopkins@zlk.com
membleton@zlk.com
djaynes@zlk.com

*Lead Counsel for Lead Plaintiff
and the Settlement Class*