# Exhibit 2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| HOWARD M. RENSIN, TRUSTEE OF THE RENSIN JOINT TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CELLULAR CORPORATION, LAURENT C. THERIVEL, DOUGLAS W. CHAMBERS, and TELEPHONE AND DATA SYSTEMS, INC.,<br><br>Defendants. | Case No. 1:23-cv-02764-MMR<br><br><u>CLASS ACTION</u><br><br>Honorable Mary M. Rowland |

**DECLARATION OF HOWARD M. RENSIN, TRUSTEE OF THE RENSIN JOINT TRUST, IN SUPPORT OF (I) LEAD PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION, AND (II) LEAD COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARD TO LEAD PLAINTIFF**

Docusign Envelope ID: 069A22BD-D012-4A59-87B3-EB3F07D5A782

HOWARD M. RENSIN, TRUSTEE OF THE RENSIN JOINT TRUST, declares as follows:

1.      I, Howard M. Rensin, am the Trustee of the Rensin Joint Trust, the Court-appointed Lead Plaintiff ("Lead Plaintiff") in the above-captioned action (the "Action"). ECF Nos. 1, 28. I respectfully submit this declaration in support of (i) Lead Plaintiff's Unopposed Motion for Final Approval of Settlement and Plan of Allocation; and (ii) Lead Counsel's Motion For Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Award to Lead Plaintiff, including the request of a reimbursement award in the amount of $20,000 to Lead Plaintiff for representing the Settlement Class in this Action.

2.      I currently reside in Palm Beach Gardens, Florida. I possess a juris doctor degree. I am currently retired, but prior to that, I was a practicing attorney and managed my own personal injury firm. I have been investing in securities for 50 years. I have experience overseeing counsel and the lead plaintiff process. Before this Action, I was appointed lead plaintiff in a securities class action in 2009 but the case was ultimately dismissed. *See Fait v. Regions Fin. Corp.*, Case No. 09-CV-3161 (LAK) (S.D.N.Y.).

3.      I am aware of and understand the responsibilities and requirements of a representative plaintiff in a securities class action, including those defined in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4. I have personal knowledge of the facts set forth herein, and I have been directly involved in overseeing the prosecution of this Action and the negotiations leading to the Settlement. If called upon as a witness, I could and would testify competently to these matters.

## I.     LEAD PLAINTIFF'S OVERSIGHT OF THE LITIGATION

4.      By Order dated July 11, 2023, the Court: (i) appointed the Rensin Joint Trust to serve as Lead Plaintiff in this Action; and (ii) approved Lead Plaintiff's selection of Levi & Korsinsky, LLP ("Levi & Korsinsky") to serve as Lead Counsel. ECF No. 28.

Docusign Envelope ID: 069A22BD-D012-4A59-87B3-EB3F07D5A782

5. In fulfillment of the Rensin Joint Trust's responsibilities as Lead Plaintiff, I worked closely with Levi & Korsinsky throughout the litigation and resolution of this case.

6. Throughout the litigation, I received status updates from Levi & Korsinsky on case proceedings and regularly communicated with my attorneys, Gregory M. Potrepka, Morgan M. Embleton, and David C. Jaynes, regarding the prosecution of the Action, the strengths of the claims and risks of continued litigation, and settlement negotiations.

7. In carrying out my duties as Lead Plaintiff in this Action, I conservatively estimate I spent approximately 65 hours performing all of the work I have done in this Action for the direct benefit of the Settlement Class. The various tasks I performed included, but are not limited to:

a. producing the Rensin Joint Trust's trading records to Levi & Korsinsky;

b. moving to be appointed Lead Plaintiff in this Action;

c. reviewing the original complaint and amended complaint filed on my behalf and the factual bases of the allegations set forth therein;

d. reviewing significant pleadings, motion papers, and orders filed in this Action;

e. participating in discussions with Levi & Korsinsky regarding potential sources of discovery in preparation for responding to Defendants' requests for the production of documents and gathering documents to fulfill my discovery obligations;

f. engaging in multiple, thorough searches for potentially responsive documents in response to Defendants' 51 separate requests for the production of documents, culminating in the collection of approximately 700 pages of documents and production of nearly 100 pages of documents concerning TDS and the Rensin Joint Trust;

2

g. review of my written objections and responses to Defendants' requests for production;

h. communicating regularly with Levi & Korsinsky concerning the progress of this Action and monitoring the news of the case and of the Company;

i. consulting with Levi & Korsinsky regarding arguments presented and the negotiations occurring in connection with the February 4, 2025 mediation, and subsequent settlement discussions between the Parties and the Mediator, and providing authorization to settle the Action through mediation; and

j. evaluating and approving the proposed Settlement.

8. Additionally, had the Action not settled, I was prepared to sit for a deposition and litigate through trial.

9. In short, I have done my best to strongly promote the interests of the Settlement Class and to obtain the largest possible recovery for the Settlement Class under the circumstances.

## II. APPROVAL OF THE SETTLEMENT

10. As detailed in the above paragraphs, through my active participation in this Action, I was well-informed of the status and progress of the litigation, as well as the status and progress of the settlement negotiations.

11. Based on my involvement in the prosecution and resolution of the claims asserted in this Action, I believe that the proposed Settlement provides a fair, reasonable, and adequate recovery for the Settlement Class, expressly in light of the risks of continued litigation, and I fully endorse approval of the Settlement by the Court.

### III. LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARD TO LEAD PLAINTIFF

#### 1. Attorneys' Fees and Expenses

12. While I understand that the ultimate determination of Lead Counsel's request for an award of attorneys' fees, reimbursement of litigation expenses, and for an award to Lead Plaintiff rests with the Court, I believe Lead Counsel's request for an award of attorneys' fees in the amount of one-third (33⅓%) of the Settlement Fund plus interest is fair and reasonable in light of the work Lead Counsel performed on behalf of the Settlement Class.

13. I am a retired attorney who is very familiar with contingency-fee based representations. I have evaluated Lead Counsel's fee request by taking into consideration the quality and quantity of the work performed, the recovery obtained for the Settlement Class, and the risks borne by Lead Counsel in prosecuting this Action on behalf of the Rensin Joint Trust and the Settlement Class on a fully contingent basis, including the fronting of all expenses. I have authorized this fee request for the Court's ultimate determination.

14. I further maintain that the litigation expenses for which Lead Counsel has requested reimbursement are reasonable and represent expenses necessary for the prosecution and resolution of the claims asserted in this Action. Based upon the foregoing, and consistent with the Rensin Joint Trust's obligation to the Settlement Class to obtain the most favorable result at the most efficient cost, I fully support Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Award to Lead Plaintiff.

#### 2. Request for Plaintiff Award

15. It is my understanding that reimbursement of a class representative's reasonable costs and expenses is authorized under the PSLRA, 15 U.S.C. § 78u-4(a)(4). For this reason, concurrently with Lead Counsel's request for reimbursement of litigation expenses, I respectfully

4

Docusign Envelope ID: 069A22BD-D012-4A59-87B3-EB3F07D5A782

request a Plaintiff award directly relating to my representation of the Settlement Class in this Action.

16.     I respectfully request reimbursement in the amount of $20,000 for the time that the Rensin Joint Trust devoted to participating in this Action. I am an experienced investor, retired attorney, and Trustee of the Rensin Joint Trust, and the time I dedicated toward representing the Settlement Class in this Action was time that I otherwise would have spent carrying out my responsibilities in that position or on other activities, and thus, represented a cost to me. Furthermore, I believe the Settlement Class significantly benefitted by the litigation-related actions I performed as their fiduciary, as described above in ¶7.  It is my belief that the above request for reimbursement is fair and reasonable and that the time and effort I devoted to this Action was imperative to help achieve an excellent result for the Settlement Class under the circumstances.

## IV.     CONCLUSION

17.     In conclusion, I strongly endorse the Settlement as fair, reasonable, and adequate. We appreciate the Court's attention to the facts presented in this declaration and respectfully request that the Court approve: (i) Lead Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation; (ii) Lead Counsel's Motion For Award of Attorneys' Fees,  Reimbursement of Litigation Expenses, and Award to Lead Plaintiff.

I declare, under penalty of perjury, that the foregoing is true and correct.

Signed by:

*Howard Rensin*

AF331CF96497425...

Dated:     7/28/2025

Howard M. Rensin
Trustee of the Rensin Joint Trust

5