# Exhibit 3

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HOWARD M. RENSIN, TRUSTEE OF THE RENSIN JOINT TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES CELLULAR CORPORATION, LAURENT C. THERIVEL, DOUGLAS W. CHAMBERS, TELEPHONE AND DATA SYSTEMS, INC.,<br><br>        Defendants. | No. 1:23-cv-02764-MMR<br><br>CLASS ACTION<br><br>Honorable Mary M. Rowland |

**DECLARATION OF GREGORY M. POTREPKA ON BEHALF OF LEVI & KORSINSKY, LLP IN SUPPORT OF LEAD COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

I, GREGORY M. POTREPKA, declare the following:

1.      I am a partner in the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), which was appointed Lead Counsel in this Action. I have been personally involved in the prosecution of this Action, and have personal knowledge of the facts set forth herein and, if called upon as a witness, I could and would testify competently thereto.

2.      I and other attorneys (as well as non-attorney timekeepers like paralegals) contemporaneously record time and expenses in Levi & Korsinsky's accounting system. Such time and expenses are allocated in Levi & Korsinsky's accounting system on a case-specific basis, which I believe accurately reflects the amount of time spent and litigation expenses incurred by Levi & Korsinsky to date.

1

3. Levi & Korsinsky's accounting records confirm that Levi & Korsinsky has expended the following hours and lodestar prosecuting this Action through July 24, 2025:

**Table 1.**

| Attorney | Status | Current Rate | Hours | Current Total |
|---|---|---|---|---|
| Shannon Hopkins | Partner | $ 1,075.00 | 45.50 | $ 48,912.50 |
| Gregory Potrepka | Partner | $ 975.00 | 483.00 | $ 470,925.00 |
| Morgan Embleton | Senior Associate | $ 750.00 | 565.40 | $ 424,050.00 |
| David Jaynes | Senior Associate | $ 750.00 | 559.00 | $ 419,250.00 |
| Nicholas Lange | Associate | $ 600.00 | 540.90 | $ 324,540.00 |
| Cole von Richthofen | Associate | $ 550.00 | 20.25 | $ 11,137.50 |
| Karolina Campbell | Staff Attorney | $ 475.00 | 24.20 | $ 11,495.00 |
| Christina Fuhrman | Staff Attorney | $ 475.00 | 12.25 | $ 5,818.75 |
| Colin McNamara | Law Clerk | $ 325.00 | 13.25 | $ 4,306.25 |
| **Attorney Total** | | | **2,263.80** | **$ 1,720,435.00** |

| Paralegal | Status | Current Rate | Hours | Current Total |
|---|---|---|---|---|
| Arden Westphalen | Paralegal | $ 350.00 | 77.20 | $ 27,020.00 |
| Samantha Phillips | Paralegal | $ 350.00 | 56.75 | $ 19,862.50 |
| **Paralegal Total** | | | **134.00** | **$ 46,882.50** |

| | | | | |
|---|---|---|---|---|
| **Firm's Total** | | | **2,397.70** | **$ 1,767,317.50** |

4. The above tabulation does not include any time related to preparation of this declaration. Additionally, in the exercise of billing judgment, Lead Counsel removed all entries for timekeepers who billed less than 10 hours. The above time expenditures relate to time spent on activities reasonably necessary to prosecute this Action. The above hourly rates are the standard rates currently charged by Levi & Korsinsky for each timekeeper (or if the timekeeper has left Levi & Korsinsky, the rate at the time of his or her departure) and reflect the amounts that I believe the designated timekeeper could secure if paid on an hourly basis, after considering: (a) hourly rates approved by courts in other securities cases; (b) public reports of hourly rates charged by defense firms that participate in securities litigation; and (c) the experience and pedigree of each timekeeper.

2

5.     Levi & Korsinsky's accounting records confirm that it incurred the following litigation expenses, none of which has been reimbursed to date:

**Table 2.**

| TYPE OF LITIGATION EXPENSE | AMOUNT | % OF TOTAL |
|---|---|---|
| Experts | $35,148.87 | 33% |
| Private Investigator | $19,601.00 | 18% |
| Press Releases | $15,554.00 | 15% |
| Legal Databases | $12,308.42 | 12% |
| Mediation | $11,250.00 | 11% |
| eDiscovery Hosting | $6,603.07 | 6% |
| Travel and Meals | $4,225.64 | 4% |
| Process Server | $1,503.60 | 1% |
| Filing and Transcription Service Fees | $715.25 | 1% |
| **TOTAL** | **$106,939.85** | **100%** |

I make these declarations under threat of perjury in Stamford, Connecticut this 30th day of July, 2025.

*/s/ Gregory M. Potrepka*
Gregory M. Potrepka

3