# Exhibit 7

**Select Seventh Circuit Cases Awarding Attorneys' Fees of 33% or Above**

| Case | Settlement Amount | Fee Award |
|---|---|---|
| *First Impressions Salon, Inc. v. Nat'l Milk Producers Fed'n*, No. 13-cv-00454, 2020 U.S. Dist. LEXIS 94880, at *9-10 (S.D. Ill. April 27, 2020) | $220,000,000 | 33 1/3% |
| *Standard Iron Works v. ArcelorMittal*, No. 08-cv-5214, 2014 WL 7781572, at *1 (N.D. Ill. Oct. 22, 2014) | $163,900,000 | 33% |
| *City of Greenville v. Syngenta Crop Prot., Inc.*, 904 F. Supp. 2d 902, 907-09 (S.D. Ill. Oct 23, 2012) | $105,000,000 | 33 1/3% |
| *In re Tiktok, Inc., Consumer Priv. Litig.*, 617 F. Supp. 3d 904, 943 (N.D. Ill. 2022) | $92,000,000 | 33 1/3% |
| *In re Potash Antitrust Litig.*, No. 08-cv-6910, ECF No. 589 at 2 (N.D. Ill. June 12, 2013) | $90,000,000 | 33.33% |
| *In re Plasma-Derivative Protein Therapies Antitrust Litig.*, No. 09-cv-7666, ECF No. 693 at 1-2 (N.D. Ill. Jan. 22, 2014) | $64,000,000 | 33 1/3% |
| *Abbott v. Lockheed Martin Corp.*, 2015 WL 4398475, at *1, 4 (S.D. Ill. July 17, 2015) | $62,000,000 | 33.33% |
| *Spano v. Boeing Co.*, No. 06-cv-0743, 2016 WL 3791123, at *1-4 (S.D. Ill. March 31, 2016) | $57,000,000 | 33 1/3% |
| *In re Dairy Farmers of Am., Inc., Cheese Antitrust Litig.*, 80 F. Supp. 3d 838, 862 (N.D. Ill. Feb 20, 2015) | $46,000,000 | 33 1/3% |
| *Mansfield v. Air Line Pilots Ass'n Int'l*, No. 06-cv-6869, ECF No. 373 at ¶¶7, 17 (N.D. Ill. Dec. 14, 2009) | $44,000,000 | 35% |
| *Perry v. Nat'l City Bank,* No. 05-cv-0891, ECF No. 79-2 at 4 (S.D. Ill. Feb. 29, 2008); *id.* at ECF No. 81 at 2 (S.D. Ill. Mar. 3, 2008) | $27,500,000 | 33% |
| *Kaufman v. Motorola, Inc.,* No. 95-CV-1069, ECF No. 348 at 3 (N.D. Ill. March 8, 2001); *id.* at 355 (N.D. Ill. May 24, 2001) | $25,000,000 | 33 1/3% |
| *Martin v. Caterpillar Inc.,* No. 07-cv-1009, 2010 WL 11614985, at *1-2 (C.D. Ill. Sept. 10, 2010) | $16,500,000 | 33 1/3% |
| *Will v. General Dynamics Corp.*, No. 06-cv-0698, 2010 WL 4818174, at *1, 4 (S.D. Ill., Nov 22, 2010) | $15,150,000 | 33 1/3% |
| *Desai v. ADT Sec. Servs., Inc.,* No. 11-cv-1925, ECF No. 243 at 7 (N.D. Ill. June 21, 2013) | $15,000,000 | 33.33% |

1

| Case | Settlement Amount | Fee Award |
|---|---|---|
| *Borders v. Walmart Stores, Inc.*, No. 17-cv-506-SMY, 2020 WL 13190099, at *1-2 (S.D. Ill. Apr. 29, 2020) | $14,000,000 | 33.33% |
| *Allegretti v. Walgreen Co.*, No. 1:19-cv-05392, 2022 WL 484216, at *2 (N.D. Ill. Jan. 4, 2022) | $13,750,000 | 33 1/3% |
| *Charvat v. Valente,* No. 12-cv-5746, 2019 WL 5576932, at *2, 11-12 (N.D. Ill. Oct 28, 2019) | $12,500,000 | 33.99% |
| *Crumpton v. Octapharma Plasma, Inc.,* No. 19-cv-8402, ECF No. 88 at 1 (Feb. 2, 2022); *id.* at ECF No. 92 at ¶16 (N.D. Ill. Feb 16, 2022) | $9,987,380 | 33.3% |
| *Weiner v. Quaker Oats Co.,* No. 98-cv-3123, ECF No. 129 at 6 (N.D. Ill. June 28, 2001); *id.* at ECF No. 134 at 6 (N.D. Ill. Sept. 14, 2001) | $9,900,000 | 34% |
| *Bristol Cnty. Ret. Sys. v. Allscripts Healthcare Sols., Inc.,* No. 12-cv-3297, ECF No. 130 at 1-2 (N.D. Ill. July 22, 2015) | $9,750,000 | 33% |
| *George v. Kraft Foods Global, Inc.,* No. 08-cv-3799, 2012 WL 13089487, at *1, 4 (N.D. Ill. June 26, 2012) | $9,500,000 | 33 1/3% |
| *Schulte v. Fifth Third Bank,* 805 F. Supp. 2d 560, 567, 601 (N.D. Ill. 2011) | $9,500,000 | 33 1/3% |
| *Cummings v. Sallie Mae, Inc.*, No. 12-cv-9984, ECF No. 87 at 2 (N.D. Ill. May 20, 2014); *id.* at ECF No. 91 at 5 (N.D. Ill. May 30, 2014) | $9,250,000 | 33% |
| *Gupta v. Power Sols. Int'l, Inc.,* No. 16-cv-8253, 2019 WL 2135914, at *1 (N.D. Ill. May 13, 2019) | $8,500,000 | 33 1/3% |
| *In re Guidant Corp. ERISA Litig.,* No. 05-cv-1009, ECF No. 192 at 1 (S.D. Inc. July 30, 2010); *id.* at ECF No. 194 at 2 (S.D. Ind. Sept. 9, 2010) | $7,000,000 | 38.2% |
| *Briggs v. PNC Fin. Serv. Grp., Inc.,* No. 15-cv-10447, 2016 WL 7018566, at *1, 4 (N.D. Ill. Nov. 29, 2016) | $6,000,000 | 33 1/3% |
| *Hinman v. M&M Rental Ctr., Inc.,* No. 06-cv-1156, ECF No. 225 at 6, 8 (N.D. Ill. Oct. 6, 2009) | $5,817,150 | 33.33% |
| *Coleman v. Sentry Insurance a Mutual Company,* No. 15-cv-1411, 2016 WL 6277593, at *1-2 (S.D. Ill. Oct. 27, 2016) | $5,718,825 | 33 1/3% |
| *In re Ready-Mixed Concrete Antitrust Litig.*, No. 05-cv-0979, 2010 WL 3282591, at *1, 3 (S.D. Ind. Aug. 17, 2010) | $5,515,000 | 33.33% |

| Case | Settlement Amount | Fee Award |
|---|---|---|
| *Goldsmith v. Tech. Sols. Co.,* No. 92-c-4374, 1995 WL 17009594, at *1, 8, 10 (N.D. Ill. Oct. 10, 1995) | $4,600,000 | 33 1/3% |
| *Martin v. Dun & Bradstreet, Inc. et al.,* No. 12-cv-0215, ECF No. 63 at 5 (N.D. Ill. Jan. 16, 2014) | $4,500,000 | 36% |
| *Brasher v. Broadwind Energy, Inc.,* No. 11-cv-0991, ECF No. 134 at 1 (N.D. Ill. May 28, 2013); *id.* at ECF No. 141 at 1 (N.D. Ill. June 27, 2013) | $3,915,000 | 33% |
| *Conlee v. WMS Industries Inc.,* No. 11-cv-3503, ECF No. 118 at *4 (N.D. Ill. May 20, 2014) | $3,700,000 | 33% |
| *Fosbinder-Bittorf v. SSM Health Care of Wisconsin, Inc.,* No. 11-cv-0592, ECF No. 148, at 1 (W.D. Wis. Oct. 15, 2013); *Fosbinder-Bittorf v. SSM Health Care of Wisconsin, Inc.,* 2013 WL 5745102, at *1 (W.D. Wis. Oct. 23, 2013) | $3,500,000 | 33.33% |
| *Kitson v. Bank of Edwardsville,* No. 08-cv-507, 2010 WL 331730, at *1-3 (S.D. Ill. Jan. 25, 2010) | $3,415,000 | 33 1/3% |
| *Brewer v. Molina Healthcare, Inc.,* No. 16-cv-9523, 2018 WL 2966956, at *1, 3-4 (N.D. Ill. June 12, 2018) | $3,375,520.89 | 33 1/3% |
| *Beezley v. Fenix Parts, Inc.,* No. 17-cv-7896, 2020 WL 4593823, at *1 (N.D. Ill. Aug. 7, 2020) | $3,300,000 | 33 1/3% |
| *Castillo v. Noodles & Co.,* No. 16-cv-3036, 2016 WL 7451626, at *1, 4 (N.D. Ill., Dec. 23, 2016) | $3,000,000 | 33 1/3% |
| *Koszyk v. Country Fin. a/k/a CC Services, Inc.,* No. 16-cv-3571, 2016 WL 5109196, at *1, 3 (N.D. Ill. Sept. 16, 2016) | $2,825,000 | 33 1/3% |
| *Firerock Global Opportunity Fund LP v. Rubicon Tech., Inc.,* No. 15-cv-03813, ECF No. 87 at 1-2 (N.D. Ill. May 20, 2016) | $2,500,000 | 33% |
| *Adams v. Aztar Ind. Gaming Co., LLC,* No. 3:20-cv-00143-MPB-MJD, 2023 WL 6536785, at *2, 11 (S.D. Ind. Aug. 11, 2023). | $2,100,000 | 33 1/3% |
| *Paldo Sign and Display Co. v. Topsail Sportswear, Inc.,* No. 08-cv-05959, ECF No. 116 at 3-4 (N.D. Ill. Dec. 21, 2011) | $2,000,000 | 33.33% |
| *In re Great Lakes Dredge & Dock Corp. Sec. Litig.,* No. 13-cv-02115, ECF No. 72 at 5 (N.D. Ill. Aug. 28, 2015); *id.* at ECF No. 78 at 6 (N.D. Ill. Sep. 17, 2015) | $1,955,000 | 33.33% |

3

| Case | Settlement Amount | Fee Award |
|---|---|---|
| *Martinez v. Nando's Rest. Grp., Inc.*, No. 19-cv-7012, ECF No. 63 at ¶¶7,17 (N.D. Ill. Oct. 27, 2020) | $1,787,000 | 33.33% |
| *Woodrow v. Sagent Auto LLC*, No. 18-cv-1054-JPS, 2019 U.S. Dist. LEXIS 118901, at *2-3 (E.D. Wis. July 17, 2019) | $1,750,000 | 33 1/3% |
| *Kelly v. Bluegreen Corp.*, No. 08-cv-0401, ECF No. 141 at 5 (W.D. Wis. Oct. 12, 2009); *id.* at ECF No. 151 at 4 (W.D. Wis. Oct. 30, 2009) | $1,530,000 | 33 1/3% |
| *In re Acura Pharms., Inc. Sec. Litig.*, No. 10-cv-5757, ECF No. 93 at 1 (N.D. Ill. Jan. 23, 2012); *id.* at ECF No. 102 at 5 (N.D. Ill. Mar. 14, 2012) | $1,500,000 | 33 1/3% |
| *Dixon v. The Washington & Jane Smith Cmty.-Beverly*, No. 17-cv-8033, ECF No. 103 at 1-2 (N.D. Ill. Aug 20, 2019) | $1,356,000 | 33.3% |
| *Wolfe v. TCC Wireless, LLC*, No. 16-cv-11663, 2018 WL 11215318, at *2-3 (N.D. Ill. Mar 12, 2018) | $1,150,000 | 33.3% |
| *Bryant v. Loews Chicago Hotel, Inc.*, No. 19-cv-3195, ECF No. 77, at 1-2 (N.D. Ill. Oct. 30, 2020) | $1,036,396.48 | 33.3% |

4