**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

HOWARD M. RENSIN, TRUSTEE OF THE
RENSIN JOINT TRUST, Individually and
On Behalf of All Others Similarly Situated,

              Plaintiff,

        v.

ARRAY DIGITAL INFRASTRUCTURE,
INC., FKA UNITED STATES
CELLULAR CORPORATION, LAURENT C.
THERIVEL, DOUGLAS W. CHAMBERS,
TELEPHONE AND DATA SYSTEMS,
INC.,

              Defendants.

No. 1:23-cv-02764-MMR

CLASS ACTION

Honorable Mary M. Rowland

**SUPPLEMENTAL DECLARATION OF GREGORY M. POTREPKA IN SUPPORT OF (I) LEAD PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION, AND (II) LEAD COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARD TO LEAD PLAINTIFF**

I, GREGORY M. POTREPKA, declare the following:

1. I, Gregory M. Potrepka, am a partner at the law firm of Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for Lead Plaintiff Howard M. Rensin, Trustee of the Rensin Joint Trust ("Lead Plaintiff"), and Lead Counsel for the proposed Settlement Class in the above-captioned action (the "Action").[1] I am admitted to practice in this District *pro hac vice*. I have personal knowledge of the facts stated herein and, if called upon as a witness, I could and would testify competently thereto.

2. I have been personally involved in the prosecution of this Action, and have personal

---

[1] All capitalized terms not otherwise defined herein have the same meaning as those in the Stipulation of Settlement, dated April 25, 2025. *See* ECF No. 74-1.

1

knowledge of the facts set forth herein and, if called upon as a witness, I could and would testify competently thereto.

3.     Attached hereto as Exhibit 9 is a true and correct copy of the Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing/Emailing of the Notice; (B) Report on Requests for Exclusion and Objections Received to Date; and (C) Claims Received to Date.[2]

I make these declarations under threat of perjury in Stamford, Connecticut this 27th day of August, 2025.

*/s/ Gregory M. Potrepka*
Gregory M. Potrepka

---

[2] The exhibit numbering in this supplemental declaration continues from the Declaration of Gregory M. Potrepka in Support of (I) Lead Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation, and (II) Lead Counsel's Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Award to Lead Plaintiff. ECF No. 82.