## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Howard M Rensin

                           Plaintiff,

v.                                                       Case No.: 1:23−cv−02764

                                                                                    Honorable Mary M. Rowland

United States Cellular Corporation, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2025:

       MINUTE entry before the Honorable Mary M. Rowland: Status and motion hearing held. For the reasons stated on the record, Plaintiff's motion for final approval of class action settlement and plan of allocation [78], and motion for award of attorneys' fees, reimbursement of litigation expenses, and award to lead plaintiff [80] are granted. Enter orders. Civil case terminated. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.