**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

HOWARD M. RENSIN, TRUSTEE OF
THE RENSIN JOINT TRUST,
Individually and On Behalf of All Others
Similarly Situated,

                Plaintiff,

     v.

ARRAY DIGITAL INFRASTRUCTURE, INC.,
FKA UNITED STATES CELLULAR
CORPORATION, LAURENT C.
THERIVEL, DOUGLAS W.
CHAMBERS, and TELEPHONE AND DATA
SYSTEMS, INC.,

                Defendants.

Case No. 1:23-cv-02764-MMR

<u>CLASS ACTION</u>

Honorable Mary M. Rowland

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR**
**DISTRIBUTION OF SETTLEMENT FUNDS**

PLEASE TAKE NOTICE that Court-appointed Lead Plaintiff Howard M. Rensin, Trustee of the Rensin Joint Trust, individually and on behalf of all other members of the Settlement Class,[1] through Court-appointed Lead Counsel, hereby moves this Court for an Order, granting this Unopposed Motion for Distribution of Settlement Funds (the "Motion").

This Motion is based on Lead Plaintiff's Memorandum of Law in Support of Unopposed Motion for Distribution of Settlement Funds, and the Declaration of Gregory M. Potrepka in Support of Lead Plaintiff's Unopposed Motion for Distribution of Settlement Funds and the exhibits thereto and filed herewith. Defendants do not oppose the relief requested in this motion.

A [Proposed] Order Granting Lead Plaintiff's Unopposed Motion for Distribution of Settlement Funds is submitted concurrently herewith pursuant to Your Honor's Case Procedures concerning Proposed Orders.

Dated: January 5, 2026

Respectfully submitted,

/s/ Carol V. Gilden

**COHEN MILSTEIN**
**SELLERS & TOLL, PLLC**
Carol V. Gilden (IL Bar: 6185530)
200 South Wacker Dr., Suite 2375
Chicago, Illinois 60606
Tel: (312) 629-3737
Fax: (312) 357-0369
cgilden@cohenmilstein.com

*Liaison Counsel for Lead Plaintiff*
*and the Settlement Class*

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (*pro hac vice*)
Gregory M. Potrepka (*pro hac vice*)
Morgan M. Embleton (*pro hac vice*)
David C. Jaynes (*pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523

---

[1] All capitalized terms not otherwise defined herein have the same meaning as those in the Stipulation of Settlement, dated April 25, 2025. *See* ECF No. 74-1.

1

Fax: (212) 363-7171
gpotrepka@zlk.com
shopkins@zlk.com
membleton@zlk.com
djaynes@zlk.com

*Lead Counsel for Lead Plaintiff*
*and the Settlement Class*

2