**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| HOWARD M. RENSIN, TRUSTEE OF THE RENSIN JOINT TRUST, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No. 1:23-cv-02764-MMR |
| v. | CLASS ACTION |
| ARRAY DIGITAL INFRASTRUCTURE, INC., FKA UNITED STATES CELLULAR CORPORATION, LAURENT C. THERIVEL, DOUGLAS W. CHAMBERS, TELEPHONE AND DATA SYSTEMS, INC., | Honorable Mary M. Rowland |
| Defendants. | |

**DECLARATION OF GREGORY M. POTREPKA IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR DISRIBUTION OF SETTLEMENT FUNDS**

I, GREGORY M. POTREPKA, declare the following:

1.      I, Gregory M. Potrepka, am a partner at the law firm of Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for Lead Plaintiff Howard M. Rensin, Trustee of the Rensin Joint Trust ("Lead Plaintiff"), and Lead Counsel for the Settlement Class in the above-captioned action (the "Action").[1]  I am admitted to practice in this District *pro hac vice*.  I have been personally involved in the prosecution of this Action, and have personal knowledge of the facts stated herein and, if called upon as a witness, I could and would testify competently thereto.

---

[1] All capitalized terms not otherwise defined herein have the same meaning as those in the Stipulation of Settlement, dated April 25, 2025. *See* ECF No. 74-1.

1

2

2.     Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Josephine Bravata Concerning the Results of the Claims Administration Process, dated January 5, 2026.

I make these declarations under threat of perjury in Stamford, Connecticut this 5th day of January, 2026.

*/s/ Gregory M. Potrepka*
Gregory M. Potrepka